**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., A ) Nebraska Corporation and ) APPLIED RISK SERVICES, INC., A ) Nebraska Corporation, ) )             Plaintiffs, ) )             vs. ) ) COMBINED MANAGEMENT, INC., ) a Maine Corporation, ) )             Defendant. ) | CASE NO. 8:07-CV-206 **AFFIDAVIT IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

STATE OF NEBRASKA )
                ) SS.
COUNTY OF DOUGLAS )

TODD BROWN being first duly sworn on oath states as follows:

1.     He is employed by Applied Underwriters, Inc. ("Applied") the corporate parent of Applied Risk Services, Inc. ("ARS"), a Nebraska Corporation and makes this affidavit on personal knowledge and in opposition to Defendant Combined Management, Inc.'s ("Combined Management") Motion to Dismiss For Lack of Personal Jurisdiction.

2.     At all times relevant herein, ARS with its main office located in Omaha, Nebraska was a managing general agent for Combined Specialty Insurance Company formerly known as Virginia Surety Company ("VSC").

3.     On December 5, 2001, ARS was contacted by Kevin Kilcoyne of Barrow Group LLC located in Atlanta, Georgia ("Barrow Group") seeking to place workers'

1

compensation for its client, Combined Management. A copy of the initial request is attached as Exhibit 1. Combined Management is a professional employer organization ("PEO"). A PEO maintains individuals on its payroll and leases those individuals to clients.

4.     As a result of the contact from the Barrow Group, ARS caused a proposal (the "Proposal") for workers' compensation coverage to be issued from its Omaha, Nebraska office to Combined Management through Barrow Group, a copy of the Proposal is attached as Exhibit 2.

5.     Combined Management accepted ARS's proposal. On March 28, 2002, Applied sent an insurance binder to Combined Management via facsimile, a copy of which is attached as Exhibit 3. ARS then issued a workers' compensation insurance policy from VSC to Combined and its clients, Policy No. 015000-10554 for the period of March 29, 2002 through March 29, 2003 and renewed for the period March 29, 2003 through May 2, 2003. The policies were issued by ARS in Omaha, Nebraska.

6.     Each month from March 29, 2002 through May 2, 2003, Combined Management sent all premium payments for its workers' compensation and policy to ARS in Omaha and which were processed in Omaha, Nebraska. The workers' compensation policy was issued in Omaha, Nebraska. All customer service questions from Combined Management and its clients were directed to ARS' office in Omaha, Nebraska and responded to by customer service representatives in Omaha, Nebraska. All claims from March 29, 2002 through May 2, 2003 from Combined Management and/or its clients were submitted to ARS for claim processing in Omaha, Nebraska and all claim checks were processed, issued, and forwarded from ARS's office in Omaha, Nebraska. A listing of Combined Management's claims is attached as Exhibit 4.

2

7.    Neither Applied nor ARS maintain an office in Maine.

8.    Combined Management owes ARS $278,901.48 for workers' compensation insurance provided to Combined Management pursuant to the Proposal, as set forth in the Profit Sharing Statement attached as Exhibit 5.

9.    After expiration of the workers' compensation policies, the Applied Companies conducted a premium audit of Combined Management and issued Premium Audit Statements, copies of which are attached as Exhibit 6.

10.    To my knowledge, Combined Management would never have dealt directly with VSC, all dealings being with ARS. VSC never assigned the Combined Management account to ARS.

11.    Premium payments made by Combined Management were paid by check sent to ARS in Omaha, Nebraska.

12.    During the Applied Companies' efforts to collect the amount due and owing from Combined Management, Robert Murch, Combined Management's president communicated with Larry Billman via e-mail directed to Applied's offices in Omaha, Nebraska, true and accurate copies of which are attached as Exhibit 7.

13.    Further Affiant Sayeth Not.

TODD BROWN

SUBSCRIBED AND SWORN to before me this _11_ day of June 2007.


GENERAL NOTARY - State of Nebraska
LINDA S. DAVIS
My Comm. Exp. Sept. 1, 2007

NOTARY PUBLIC

3

**Jeana Walker**

| | |
|---|---|
| **From:** | Carl DeBarbrie [cdebarbrie@applieduw.com] |
| **Sent:** | Wednesday, December 05, 2001 3:39 PM |
| **To:** | Jeana Walker |
| **Subject:** | FW: Work Comp |



PEO Exhibit CMT for
Applied.xl...     Jeana:

Please start a QS on this. I'll ask Kevin to forward payroll by class code
to you.

cd

-----Original Message-----
From: Kevin Kilcoyne [mailto:kkilcoyne@barrowgroup.com]
Sent: Wednesday, December 05, 2001 3:25 PM
To: cdebarbrie@applieduw.com
Subject: Work Comp


Hello Carl.

I hope everything is going well for you.

We have a client that is in the State of Maine, and is in need of
replacement coverage for their current program.

Combined Management is located in Auburn, Maine. Here are some quick
details. I have also attached a quick summary exhibit for examination. It
has three tabs: Overall Experience; Terminated Clients; & Current book of
Business (used to show the effect of eliminating terminated clients).

* Slightly over $ 1 million in premium
* 5 year loss ratio of 36% Incurred (2001: 15%; 00-01: 37%; 99-00:
37%; 98-99: 60%; 97-98: 29%)
* Dedicated on-site Risk manager
* Has backing / recommendation from Maine DOI (references available)
* Have dedicated risk manager with many years experience (former risk
control for armed forces)

I can provide more detail (most of it in electronic format) per your
request. Thanks for your help on such prompt notice.

Best Regards,


Kevin Kilcoyne, Account Executive
Barrow Group, LLC


**EXHIBIT**

1



# Insurance Facility Proposal
**Workers' Compensation Insurance**

<u>QUOTATION # 805319 Issued by Applied Risk Services</u>

<u>Named insureds</u>

Combined Management, Inc. and all clients listed in the application submitted except those specifically excluded below.

<u>Program Effective Dates</u>

March 15, 2002 to March 15, 2003

<u>Coverage Form</u>

Workers' Compensation Insurance
Coverage A:    Statutory
Coverage B:    Bodily Injury by Accident          $1,000,000 Each Accident
               Bodily Injury by Disease           $1,000,000 Policy Limit
               Bodily Injury by Disease           $1,000,000 Each Employee

Coverage Extensions and Exclusions:

- All/Other States Coverage, except Monopolistic states
- Stop Gap Coverage as required
- Notice of Cancellation-30 days, 10 days for non-payment of premium (or as per state regulation)
- Statutory Mandatory Endorsements

<u>Issuing Carrier</u>

Combined Specialty Insurance Company (formerly Virginia Surety Company)
NAIC Company Code: 40827
1999 Surplus: $318,749,000.
1999 A.M. Best rating A+

**EXHIBIT**

**2**

Program Exclusions

*Combined Management, Inc.:*
Any operations not customarily considered office clerical or sales.

*Clients of Combined Management, Inc.:*
- USL&H
- Jones Act
- FELA
- Defense Base Act Coverage except where incidental.
- Operations involved in asbestos or fiberglass abatement.
- Operations involved in aviation.
- Operations involved in mining.
- Sub-aqueous operations.
- Operations involved in gas, oil, or geothermal drilling.
- Employee leasing companies.
- Temporary help companies.
- Coordinated policies with a self-insured-retention layer of more than $10,000.

Policy Issuance

Master and multiple coordinated policies will be issued in accordance with rules and regulations filed with state compensation rating bureaus and/or the NCCI.

All policies will be issued on a guaranteed cost or non-participating plan basis except as otherwise agreed.

Program Structure

Risk (listed below) will be held in the Applied Underwriters Indemnity RAC captive facility.

If applicable, collateral and loss funds will be held in a trust account designated by us. Collateral required in the form of cash or letters of credit written with our standard form from a bank acceptable to us.

No new exposures may be added without our express authorization.

Electronic submission of payroll audit information is due monthly in a format to be specified by us.

Other Terms

No authority is granted to issue certificates or binders.

Risk Program and Administrative Fees

Standard Premium is calculated using issuing company base rates multiplied by a factor of
1.19. Estimated annual Standard Premium is $889,706 on estimated annual payroll of
$18,072,151.

This program has a profit and risk-sharing component. The minimum final premium amount
will be .75 of Standard Premium. The maximum final premium amount will be 1.25 of
Standard Premium.

Profit sharing, if any, will be payable 18 months from inception, and adjusted annually
thereafter until all claims have been paid and closed, and is calculated as follows:

- Converted losses and expenses less than .75 of Standard Premium ($667,280
  based upon the estimated annual Standard Premium above) will result in the
  minimum premium.

- Converted losses and expenses in a range between .75 of Standard Premium and
  1.25 of Standard Premium (the range would be $667,280 to $1,112,133 based
  upon the estimated annual Standard Premium above) will result in a final
  premium equivalent to the sum of converted losses and expenses.

- Converted losses and expenses greater than 1.25 of Standard Premium
  ($1,112,133 based upon the estimated annual Standard Premium above) will
  result in the maximum premium.

- Converted losses are computed by applying the loss limitation and loss
  conversion factors. A claims handling expense of 10.00% of incurred claims
  (loss conversion factor of 1.10) on the first $200,000 of each claim including
  ALAE.

Earned Standard Premium will be adjusted at final audit based on the total payroll reported
for all applicable class codes times the adjusted insurance company base rates. The profit and
risk-sharing plan will use losses based on the aggregate incurred loss value prior to the
calculation date, which will be 18 months from policy inception of March 15, 2002 and
adjusted annually thereafter until all claims have been paid and closed. Any return or
additional payments will be made at those times using the factors noted in the profit and risk-
sharing plan.

Surcharges, assessments, expense constants, and other similar charges are in addition to the
above premium. Every effort has been made to include all applicable current premium
surcharges. However, if a particular jurisdiction adds, removes or changes one or more
surcharges, or if we inadvertently either fail to include one or more surcharges or include an
incorrect surcharge, then any necessary changes will be brought to your attention as soon as
possible. Since all such surcharges and assessments are regulated by the respective
jurisdictions, we will follow those rules and bill you for full payment up-front of any
surcharges or assessments.

## Collateral and Loss Fund

Collateral and loss fund to be paid in cash or letters of credit written with our standard form from a bank acceptable to us.

Collateral is required to secure the maximum premium amount due in the program. Collateral is based on the estimated annual payroll of $18,072,151 and will be evaluated throughout the program to keep the maximum premium fully funded.

## Billing

Estimated annual pay-in premium:    $1,112,133

Deposit due at inception:    $ 88,971

Monthly payments are due and payable on or before the 15th day of the succeeding month. The first monthly payment is due on or before April 15, 2002 and each succeeding month thereafter. Monthly payroll audit reports are required by the 7th of each month for the preceding month. Monthly payments will be adjusted monthly to the actual earned payroll and exposure.

Collateral due at inception:    $100,000 with the balance due in two fixed installments of $61,214 each due May 1, 2002 and June 1, 2002.

## Stipulations

Post inception and periodic coverage and premium audits on premises.

Execution of the following agreements no later than 30 days after the effective date of the program: Rent-a-Captive Membership Contract, Retrocession Agreement, Program Administration Agreement, Indemnity Agreement, and Collateral Agreement.

Quotation is subject to final underwriting approval for: Alternative Warehouse, ALR, Inc., C&J Trucking

This proposal supercedes and voids any proposals previously issued. This proposal expires on the requested coverage effective date.

This quotation does not authorize service or bind any type of insurance coverage. Marketing representatives, agents, and brokers do not have the authority to bind coverage or enter into contracts on behalf of the company or its affiliates. Initiation of coverage is subject to final review and formal acceptance by Applied Risk Services ("Company"). Coverage will be bound only after: a proposal is issued by the company, the acceptance letter attached to the proposal is signed and returned to the Company, the proposal is granted final approval by the Company's underwriters, and the Company issues written notice that coverage is bound.

# ACORD™ INSURANCE BINDER

DATE 3-29-02

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.**

| PRODUCER | PHONE (A/C, No. Ext): (415) 656-5000 | COMPANY | | BINDER # | |
|---|---|---|---|---|---|

PRODUCER

Applied Risk Services, Inc.
P O Box 281900
San Francisco, CA 94128-1900

CODE: _____ SUB CODE: _____

AGENCY CUSTOMER ID:

COMPANY: Virginia Surety Co., Inc.

| | EFFECTIVE | | | EXPIRATION | | |
|---|---|---|---|---|---|---|
| | DATE | TIME | | DATE | | TIME |
| | 3-29-02 | | ☐ AM<br>☐ PM | 6-29-02 | X | 12:01 AM<br>NOON |

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)

**INSURED**

Combined Management, Inc.
67 Minot Avenue
Auburn, ME 04210

## COVERAGES

LIMITS

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY** CAUSES OF LOSS<br>☐ BASIC ☐ BROAD ☐ SPEC | | | | |
| **GENERAL LIABILITY** | | EACH OCCURRENCE | | $ |
| ☐ COMMERCIAL GENERAL LIABILITY | | FIRE DAMAGE (Any one fire) | | $ |
| ☐ CLAIMS MADE ☐ OCCUR | | MED EXP (Any one person) | | $ |
| | | PERSONAL & ADV INJURY | | $ |
| | | GENERAL AGGREGATE | | $ |
| | RETRO DATE FOR CLAIMS MADE: | PRODUCTS - COMP/OP AGG | | $ |
| **AUTOMOBILE LIABILITY** | | COMBINED SINGLE LIMIT | | $ |
| ☐ ANY AUTO | | BODILY INJURY (Per person) | | $ |
| ☐ ALL OWNED AUTOS | | BODILY INJURY (Per accident) | | $ |
| ☐ SCHEDULED AUTOS | | PROPERTY DAMAGE | | $ |
| ☐ HIRED AUTOS | | MEDICAL PAYMENTS | | $ |
| ☐ NON-OWNED AUTOS | | PERSONAL INJURY PROT | | $ |
| | | UNINSURED MOTORIST | | $ |
| | | | | $ |
| **AUTO PHYSICAL DAMAGE** DEDUCTIBLE | ☐ ALL VEHICLES ☐ SCHEDULED VEHICLES | ☐ ACTUAL CASH VALUE | | |
| ☐ COLLISION: | | ☐ STATED AMOUNT | | $ |
| ☐ OTHER THAN COL: | | ☐ OTHER | | |
| **GARAGE LIABILITY** | | AUTO ONLY - EA ACCIDENT | | $ |
| ☐ ANY AUTO | | OTHER THAN AUTO ONLY: | | |
| | | EACH ACCIDENT | | $ |
| | | AGGREGATE | | $ |
| **EXCESS LIABILITY** | | EACH OCCURRENCE | | $ |
| ☐ UMBRELLA FORM | | AGGREGATE | | $ |
| ☐ OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | SELF-INSURED RETENTION | | $ |
| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | Policy # 015-00010554 | X WC STATUTORY LIMITS | | |
| | | E.L. EACH ACCIDENT | | $ 1,000,000 |
| | | E.L. DISEASE - EA EMPLOYEE | | $ 1,000,000 |
| | | E.L. DISEASE - POLICY LIMIT | | $ 1,000,000 |
| **SPECIAL CONDITIONS/ OTHER COVERAGES** | | FEES | | $ |
| | | TAXES | | $ |
| | | ESTIMATED TOTAL PREMIUM | | $ |

## NAME & ADDRESS

Combined Management, Inc.
67 Minot Avenue
Auburn, ME 04210

☐ MORTGAGEE ☐ ADDITIONAL INSURED
☐ LOSS PAYEE
LOAN #

AUTHORIZED REPRESENTATIVE _____

**EXHIBIT**

3

ACORD 75-S (1/98)    NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE    © ACORD CORPORATION 1993



**APPLIED** UNDERWRITERS

Date Prepared: 01/23/06
Valuation Date: 12/31/05

inia Surety Company, Inc. / Applied Underwriters
me of Client: Combined Management Inc
cy Number: 015-00010554
cy Period: 03/29/02 - 03/29/03
e: 1

IR = Incident Report, MO = Medical Only, LT = Lost Time

| Claim Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 3698 | Grewiar, Desirae / Truckers International, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Fall, Slip or Trip Injury: From Liquid / Specific Injury: Laceration / Upper Extremities: Hand | 05/29/02 / 05/31/02 / 07/31/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 3749 | Brown, Douglas / Rainbow Cleaning, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Fall, Slip, Trip Injury: NOC / Specific Injury: Strain / Trunk: Abdomen Including Groin | 05/21/02 / 05/22/02 / 06/24/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 3812 | Spofford, Steve / Alternative Labor Resources / 00-1001 | ME - ME8810 / Closed / IR | Cut, Puncture, Scrape, Injured By: / Specific Injury: Laceration / Upper Extremities: Thumb | 06/08/02 / 06/10/02 / 06/24/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 3852 | Grewiar, Desirae / Truckers International, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Strain or Injury By: Reaching / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 06/13/02 / 06/14/02 / 07/31/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 3854 | Ramsdell, Jaime / Truckers International, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Strain or Injury By: Reaching / Specific Injury: Strain / Trunk: Upper Back Area (Thoracic | 06/12/02 / 06/12/02 / 06/24/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 04019 | Duprey, Paul / Truckers International, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Cut, Puncture, Scrape, Injured By: / Specific Injury: Laceration / Upper Extremities: Thumb | 06/28/02 / 06/28/02 / 07/08/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 04176 | Mclaughlin, Christopher / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / IR | Striking Against or Stepping On: / Specific Injury: Contusion - bruise / Lower Extremities: Knee | 07/15/02 / 07/17/02 / 07/24/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 04177 | Marston, Anthony / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / IR | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 07/17/02 / 07/17/02 / 07/24/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |

EXHIBIT
4

inia Surety Company, Inc. / Applied Underwriters
e of Client: Combined Management Inc
y Number: 015-00010554
y Period: 03/29/02 - 03/29/03
e: 2

**APPLIED** UNDERWRITERS
Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 4382 | Rollins, Stephen / Alternative Warehouse Services / 00-1001 | ME - ME8044 / Closed / IR | Fall, Slip or Trip Injury: On Same / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 08/02/02 / 08/06/02 / 08/22/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 4389 | Welch, Timothy / C&J Transport, Inc. / 00-1001 | ME - ME7229 / Closed / IR | Strain or Injury By: Reaching / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 08/01/02 / 08/05/02 / 08/22/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 4862 | Veilleux, Steve / Central Maine Drywall / 00-1001 | ME - ME8810 / Closed / IR | Strain or Injury By: Repetitive Motion / Specific Injury: Strain / Upper Extremities: Wrist | 09/09/02 / 09/16/02 / 09/18/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 4897 | Kelley, Carole / Truckers International, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 07/29/02 / 07/29/02 / 11/07/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.000 |
| 05011 | McIver, Steven / Crystal Spring Water / 00-1001 | ME - ME8810 / Closed / IR | Cut, Puncture, Scrape: NOC / Specific Injury: Laceration / Upper Extremities: Finger(s) | 08/26/02 / 08/26/02 / 10/01/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 05448 | Whitten, Peter / Alternative Labor Resources / 00-1001 | ME - ME8810 / Closed / IR | Motor Vehicle: NOC / Specific Injury: Contusion - bruise / Trunk: Abdomen Including Groin | 10/31/02 / 11/01/02 / 11/07/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 05742 | Salsbury, Carroll / Turkey Brothers, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Caught In, Under, or Between: / Specific Injury: Strain / Upper Extremities: Wrist | 12/02/02 / 12/04/02 / 12/06/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 05747 | Lapierre, Gerard / Misty Moon Transport, Inc. / 00-1001 | ME - ME8810 / Closed / IR | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 11/29/02 / 12/05/02 / 12/19/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |

APPLIED UNDERWRITERS

inia Surety Company, Inc. / Applied Underwriters
ne of Client: Combined Management Inc
cy Number: 015-00010554
cy Period: 03/29/02 - 03/29/03
e: 3

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| m Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 6111 | Morin, Shawn / Alternative Labor Resources / 00-1001 | ME - ME8044 / Closed / IR | Strain or Injury By: Pushing or / Specific Injury: Strain / Upper Extremities: Lower Arm | 10/09/02 / 01/14/03 / 01/15/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 6114 | Abrams, David / Alternative Labor Resources / 00-1001 | ME - ME9061 / Closed / IR | Fall, Slip or Trip Injury: From Liquid / Specific Injury: Contusion - bruise / Upper Extremities: Elbow | 01/13/03 / 01/14/03 / 01/15/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 6619 | Langley, Glenn / Survey Works, Inc. / 00-1001 | ME - ME8601 / Closed / IR | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Lower Extremities: Lower Leg | 02/21/03 / 02/24/03 / 03/24/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 6748 | Smith, Steve / Crystal Spring Water / 00-1001 | ME - ME8810 / Closed / IR | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 03/07/03 / 03/10/03 / 04/07/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 6750 | Pellegrin, Daniel / Crystal Spring Water / 00-1001 | ME - ME2156 / Closed / IR | Strain or Injury By: Twisting / Specific Injury: Strain / Trunk: Multiple Trunk | 03/04/03 / 03/10/03 / 04/03/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 11414 | Clukey, Paul / Alternative Labor Resources / 00-1001 | MA - ME8292 / Closed / IR | Strain or Injury By: Reaching / Specific Injury: Sprain / Lower Extremities: Ankle | 05/07/02 / 05/20/02 / 05/23/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12148 | Krol, Taylor / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Caught In, Under, or Between: NOC / Specific Injury: Strain / Lower Extremities: Ankle | 04/01/02 / 04/09/02 / 05/31/02 | IND / MED / EXP / TOTAL | 0.00 / 885.64 / 55.98 / 941.62 | 0.00 / 885.64 / 55.98 / 941.62 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12149 | Closson, Steve / Turkey Brothers, Inc. / 00-1001 | ME - ME2710 / Closed / IR | Strain or Injury By: Pushing or / Specific Injury: Strain / Trunk: Chest | 04/04/02 / 04/09/02 / 12/31/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |

inia Surety Company, Inc. / Applied Underwriters
ne of Client:   Combined Management Inc
cy Number:   015-00010554
cy Period:   03/29/02 - 03/29/03
e:   4

**APPLIED UNDERWRITERS**

Date Prepared:   01/23/06
Valuation Date:   12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2150 | Pelletier, Donald / Central Maine Drywall / 00-1001 | ME - ME5445 / Closed / IR | Caught In, Under, or Between: NOC / Specific Injury: Contusion - bruise / Upper Extremities: Upper Arm | 04/11/02 / 04/18/02 / 05/11/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2151 | Savage, Heath / All Season Home Improvement / 00-1001 | ME - ME5606 / Closed / MO | Fall, Slip or Trip Injury: From Ladder / Specific Injury: Contusion - bruise / Multiple Body Parts: Multiple Body | 04/17/02 / 04/24/02 / 05/31/02 | IND / MED / EXP / TOTAL | 0.00 / 252.50 / 36.22 / 288.72 | 0.00 / 252.50 / 36.22 / 288.72 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2152 | Levesque, Keith / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Repetitive Motion / Specific Injury: Strain / Lower Extremities: Knee | 04/25/02 / 04/30/02 / 05/31/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 5.40 / 5.40 | 0.00 / 0.00 / 5.40 / 5.40 | 0.00 / 0.00 / 5.40 / 5.40 |
| 2153 | Underwood, Jeremy / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Foreign Body / Head: Eye(s) | 04/24/02 / 04/30/02 / 05/11/02 | IND / MED / EXP / TOTAL | 0.00 / 702.96 / 17.26 / 720.22 | 0.00 / 702.96 / 17.26 / 720.22 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2154 | Daschene, Jared / All Season Home Improvement / 00-1001 | ME - ME5606 / Closed / MO | Caught In, Under, or Between: / Specific Injury: Sprain / Upper Extremities: Hand | 04/25/02 / 04/30/02 / 05/30/02 | IND / MED / EXP / TOTAL | 0.00 / 492.50 / 17.50 / 510.00 | 0.00 / 492.50 / 17.50 / 510.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12155 | Horr, Eric / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Using Tool or / Specific Injury: Sprain / Lower Extremities: Ankle | 04/13/02 / 04/30/02 / 07/31/02 | IND / MED / EXP / TOTAL | 0.00 / 336.20 / 5.40 / 341.60 | 0.00 / 336.20 / 5.40 / 341.60 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12156 | Villanueva, Rapha / Alternative Labor Resources / 00-1001 | ME - ME8018 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Head: Eye(s) | 04/26/02 / 05/02/02 / 07/26/02 | IND / MED / EXP / TOTAL | 0.00 / 332.42 / 8.75 / 341.17 | 0.00 / 332.42 / 8.75 / 341.17 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12157 | Terens, Wayne / McKenney's Service Center, Inc. / 00-1001 | ME - ME3380 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Head: Eye(s) | 04/24/02 / 05/02/02 / 07/26/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |

**APPLIED UNDERWRITERS**

Date Prepared: 01/23/06
Valuation Date: 12/31/05

inia Surety Company, Inc. / Applied Underwriters
Name of Client: Combined Management Inc
Policy Number: 015-00010554
Policy Period: 03/29/02 - 03/29/03
Page: 5

IR = Incident Report, MO = Medical Only, LT = Lost Time

| Claim Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Date of Injury / Date Reported / Date Closed | Accident Description / Nature of Injury / Part of Body | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2158 | Violette, Danny<br>Fritz Tire & Disposal, Inc.<br>00-1001 | ME - ME8380<br>Closed<br>MO | 04/29/02<br>05/06/02<br>06/06/02 | Miscellaneous Causes: Foreign<br>Specific Injury: Foreign Body<br>Head: Eye(s) | IND<br>MED<br>EXP<br>TOTAL | 0.00<br>470.20<br>16.65<br>486.85 | 0.00<br>470.20<br>16.65<br>486.85 | 0.00<br>0.00<br>0.00<br>0.00 |
| 2159 | Puk, Lam<br>Alternative Warehouse Services<br>00-1001 | ME - ME8292<br>Closed<br>MO | 04/30/02<br>05/06/02<br>12/31/03 | Striking Against or Stepping On:<br>Specific Injury: Concussion<br>Multiple Head Injury | IND<br>MED<br>EXP<br>TOTAL | 0.00<br>318.40<br>13.37<br>331.77 | 0.00<br>318.40<br>13.37<br>331.77 | 0.00<br>0.00<br>0.00<br>0.00 |
| 2160 | Tucker, Richard<br>Alternative Labor Resources<br>00-1001 | ME - ME8044<br>Closed<br>LT | 04/18/02<br>05/13/02<br>12/27/05 | Miscellaneous Causes: Other -<br>Specific Injury: Strain<br>Trunk: Low Back Area (Lumbar Area | IND<br>MED<br>EXP<br>TOTAL | 144,491.15<br>131,712.92<br>11,323.62<br>287,527.69 | 144,491.15<br>131,712.92<br>10,832.32<br>287,036.39 | 0.00<br>0.00<br>491.30<br>491.30 |
| 12161 | Trask, George<br>All Season Home Improvement<br>00-1001 | ME - ME5645<br>Closed<br>MO | 05/14/02<br>05/20/02<br>09/27/02 | Cut, Puncture, Scrape: NOC<br>Specific Injury: Puncture<br>Upper Extremities: Finger(s) | IND<br>MED<br>EXP<br>TOTAL | 0.00<br>449.00<br>7.50<br>456.50 | 0.00<br>449.00<br>7.50<br>456.50 | 0.00<br>0.00<br>0.00<br>0.00 |
| 12162 | Sullivan, Mike<br>Alternative Labor Resources<br>00-1001 | ME - ME8044<br>Closed<br>MO | 05/12/02<br>05/20/02<br>06/21/02 | Strain or Injury By: Repetitive Motion<br>Specific Injury: Strain<br>Upper Extremities: Wrist | IND<br>MED<br>EXP<br>TOTAL | 0.00<br>763.18<br>33.70<br>796.88 | 0.00<br>763.18<br>33.70<br>796.88 | 0.00<br>0.00<br>0.00<br>0.00 |
| 12163 | Spofford, Steve<br>Alternative Labor Resources<br>00-1001 | ME - ME8292<br>Closed<br>MO | 05/13/02<br>05/20/02<br>11/20/02 | Cut, Puncture, Scrape, Injured By:<br>Specific Injury: Puncture<br>Upper Extremities: Finger(s) | IND<br>MED<br>EXP<br>TOTAL | 0.00<br>987.00<br>37.77<br>1,024.77 | 0.00<br>987.00<br>37.77<br>1,024.77 | 0.00<br>0.00<br>0.00<br>0.00 |
| 12164 | Thorndike, Thomas<br>Central Maine Drywall<br>00-1001 | ME - ME5445<br>Closed<br>MO | 05/14/02<br>05/20/02<br>04/26/04 | Strain or Injury By: Lifting<br>Specific Injury: Strain<br>Trunk: Low Back Area (Lumbar Area | IND<br>MED<br>EXP<br>TOTAL | 0.00<br>202.20<br>6.25<br>208.45 | 0.00<br>202.20<br>6.25<br>208.45 | 0.00<br>0.00<br>0.00<br>0.00 |
| 12165 | Carbonneau, Sandr<br>Sherman Arnold Appliance<br>00-1001 | ME - ME8810<br>Closed<br>MO | 05/21/02<br>05/24/02<br>09/28/02 | Strain or Injury By: Repetitive Motion<br>Specific Injury: Strain<br>Multiple Body Parts: Multiple Body | IND<br>MED<br>EXP<br>TOTAL | 0.00<br>1,909.82<br>79.92<br>1,989.74 | 0.00<br>1,909.82<br>79.92<br>1,989.74 | 0.00<br>0.00<br>0.00<br>0.00 |

APPLIED UNDERWRITERS

Date Prepared: 01/23/06
Valuation Date: 12/31/05

inia Surety Company, Inc. / Applied Underwriters
ne of Client:  Combined Management Inc
cy Number:  015-00010554
cy Period:  03/29/02 - 03/29/03
e:  6

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2166 | Dickey, Kenneth / Berube's Exxon / 00-1001 | ME - ME8380 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 05/21/02 / 05/30/02 / 07/25/05 | IND / MED / EXP / TOTAL | 0.00 / 2,747.07 / 161.60 / 2,908.67 | 0.00 / 2,747.07 / 161.60 / 2,908.67 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2167 | Gorman, Mike / Truckers International, Inc. / 00-1001 | ME - ME9079 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 05/24/02 / 05/30/02 / 07/31/02 | IND / MED / EXP / TOTAL | 0.00 / 535.00 / 7.50 / 542.50 | 0.00 / 535.00 / 7.50 / 542.50 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2168 | Wallace, Dewain / Alternative Labor Resources / 00-1001 | ME - ME8810 / Closed / MO | Strain or Injury By: Pushing or / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 05/22/02 / 06/03/02 / 07/31/02 | IND / MED / EXP / TOTAL | 0.00 / 666.75 / 31.22 / 697.97 | 0.00 / 656.75 / 31.22 / 697.97 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2169 | Chapman, Jason / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Elbow | 05/28/02 / 08/05/02 / 07/18/02 | IND / MED / EXP / TOTAL | 0.00 / 248.94 / 21.40 / 270.34 | 0.00 / 248.94 / 21.40 / 270.34 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12170 | Dixon, Aaron / Truckers International, Inc. / 00-1001 | ME - ME9079 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 06/02/02 / 06/06/02 / 06/14/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12171 | Jones, Anthony / Alternative Labor Resources / 00-1001 | ME - ME9061 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Contusion – bruise / Multiple Head Injury | 06/02/02 / 06/06/02 / 07/31/02 | IND / MED / EXP / TOTAL | 0.00 / 155.80 / 6.25 / 162.05 | 0.00 / 155.80 / 6.25 / 162.05 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12172 | Caron, Paul / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 05/24/02 / 06/07/02 / 07/24/02 | IND / MED / EXP / TOTAL | 0.00 / 1,385.40 / 63.75 / 1,449.15 | 0.00 / 1,385.40 / 63.75 / 1,449.15 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12173 | Woodworth, Donald / Alternative Labor Resources / 00-1001 | ME - ME8044 / Closed / LT | Cut, Puncture, Scrape: NOC / Specific Injury: Puncture / Lower Extremities: Foot | 06/06/02 / 06/13/02 / 05/16/05 | IND / MED / EXP / TOTAL | 3,186.86 / 2,056.03 / 70.87 / 5,313.76 | 3,186.86 / 2,056.03 / 70.87 / 5,313.76 | 0.00 / 0.00 / 0.00 / 0.00 |

**APPLIED UNDERWRITERS**

nia Surety Company, Inc. / Applied Underwriters
e of Client: Combined Management Inc
cy Number: 015-00010554
cy Period: 03/29/02 - 03/29/03
e: 7

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2174 | Collins, Casey / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Laceration / Upper Extremities: Hand | 05/07/02 / 06/13/02 / 12/25/02 | IND / MED / EXP / TOTAL | 0.00 / 355.75 / 0.00 / 355.75 | 0.00 / 355.75 / 0.00 / 355.75 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2175 | Osbourne, Michael / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: All Other Specific / Trunk: Abdomen Including Groin | 06/13/02 / 06/19/02 / 08/17/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2176 | Sullivan, Mike / Alternative Labor Resources / 00-1001 | ME - ME8044 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Upper Back Area (Thoracic | 06/16/02 / 06/19/02 / 12/01/04 | IND / MED / EXP / TOTAL | 0.00 / 728.16 / 33.75 / 761.91 | 0.00 / 728.16 / 33.75 / 761.91 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2177 | Grose, Duane / Benibe's Exxon / 00-1001 | ME - ME7228 / Closed / MO | Motor Vehicle: Vehicle Upset - / Specific Injury: All Other Specific / Multiple Body Parts: Multiple Body | 06/15/02 / 06/19/02 / 07/24/02 | IND / MED / EXP / TOTAL | 0.00 / 1,362.60 / 25.00 / 1,387.60 | 0.00 / 1,362.60 / 25.00 / 1,387.60 | 0.00 / 0.00 / 0.00 / 0.000 |
| 12178 | Bolduc, Nick / Governor's dba Le'Reve Des Ma / 00-1001 | ME - ME9079 / Closed / MO | Fall, Slip or Trip Injury: From Liquid / Specific Injury: Sprain / Trunk: Low Back Area (Lumbar Area | 06/19/02 / 06/24/02 / 09/06/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 45.00 / 45.00 | 0.00 / 0.00 / 45.00 / 45.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12179 | Mclaughlin, Christopher / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Upper Arm | 06/09/02 / 06/28/02 / 01/11/03 | IND / MED / EXP / TOTAL | 0.00 / 635.00 / 0.00 / 635.00 | 0.00 / 635.00 / 0.00 / 635.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12180 | Lydick, Jonathan / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Contusion - bruise / Lower Extremities: Foot | 06/20/02 / 06/28/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 685.90 / 17.50 / 703.40 | 0.00 / 685.90 / 17.50 / 703.40 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12181 | Caron, Brandon / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 06/20/02 / 06/28/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 155.80 / 6.25 / 162.05 | 0.00 / 155.80 / 6.25 / 162.05 | 0.00 / 0.00 / 0.00 / 0.00 |

**APPLIED** UNDERWRITERS

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

inia Surety Company, Inc. / Applied Underwriters
ne of Client: Combined Management Inc
cy Number: 015-00010554
cy Period: 03/29/02 - 03/29/03
e: 8

| m Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2182 | Murphy, Jeff / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Caught In, Under, or Between: / Specific Injury: Puncture / Lower Extremities: Foot | 06/27/02 / 07/02/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 285.40 / 16.25 / 301.65 | 0.00 / 285.40 / 16.25 / 301.65 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2183 | Albair, Bruce / Turkey Brothers, Inc. / 00-1001 | ME - ME2710 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Laceration / Head: Eye(s) | 06/24/02 / 07/03/02 / 11/15/02 | IND / MED / EXP / TOTAL | 0.00 / 392.05 / 7.50 / 399.55 | 0.00 / 392.05 / 7.50 / 399.55 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2184 | Wakefield, Craig / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 06/28/02 / 07/05/02 / 09/28/02 | IND / MED / EXP / TOTAL | 0.00 / 626.03 / 32.50 / 658.53 | 0.00 / 626.03 / 32.50 / 658.53 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12185 | Martin, Rick / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / LT | Miscellaneous Causes: Other - / Specific Injury: All Other Specific / Upper Extremities: Upper Arm | 06/15/02 / 07/05/02 / 05/23/05 | IND / MED / EXP / TOTAL | 938.13 / 337.30 / 13.75 / 1,289.18 | 938.13 / 337.30 / 13.75 / 1,289.18 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12186 | Mccormick, Chris / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Contusion - bruise / Lower Extremities: Knee | 07/05/02 / 07/11/02 / 09/30/02 | IND / MED / EXP / TOTAL | 0.00 / 1,648.54 / 101.45 / 1,749.99 | 0.00 / 1,648.54 / 101.45 / 1,749.99 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12187 | Grant, Justin / Governor's dba LeReve Des Ma / 00-1001 | ME - ME9079 / Closed / MO | Strain or Injury By: Jumping / Specific Injury: Contusion - bruise / Upper Extremities: Upper Arm | 07/06/02 / 07/11/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 144.60 / 12.50 / 157.10 | 0.00 / 144.60 / 12.50 / 157.10 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12188 | Moody, Scott / Fritz Tire & Disposal, Inc. / 00-1001 | ME - ME8380 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Sprain / Lower Extremities: Ankle | 07/10/02 / 07/11/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 232.41 / 10.00 / 242.41 | 0.00 / 232.41 / 10.00 / 242.41 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12189 | Cobb, Marc / Cobb's, Inc. / 00-1001 | ME - ME8380 / Closed / IR | Strain or Injury By: Reaching / Specific Injury: Sprain / Lower Extremities: Ankle | 07/10/02 / 07/16/02 / 07/24/02 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |

**APPLIED UNDERWRITERS**

Date Prepared: 01/23/06
Valuation Date: 12/31/05

nia Surety Company, Inc. / Applied Underwriters
Combined Management Inc
015-00010554
03/29/02 - 03/29/03

e of Client:
cy Number:
cy Period:
e: 9

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2190 | Pelletier, Joe / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 07/10/02 / 07/16/02 / 09/30/02 | IND / MED / EXP / TOTAL | 0.00 / 245.80 / 11.25 / 257.05 | 0.00 / 245.80 / 11.25 / 257.05 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2191 | Bilodeau, Tammy / Kaplan Home Improvement / 00-1001 | ME - ME8810 / Closed / MO | Strain or Injury By: Repetitive Motion / Specific Injury: Strain / Multiple Body Parts: Multiple Body | 07/16/02 / 07/19/02 / 09/18/02 | IND / MED / EXP / TOTAL | 0.00 / 587.80 / 25.00 / 612.80 | 0.00 / 587.80 / 25.00 / 612.80 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2192 | Lalonde, Michael / Lewis & Washa, Inc. / 00-1001 | ME - ME8601 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Puncture / Lower Extremities: Upper Leg | 07/15/02 / 07/24/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 151.00 / 8.75 / 159.75 | 0.00 / 151.00 / 8.75 / 159.75 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2193 | Berke, Jason / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Thumb | 07/25/02 / 07/26/02 / 11/07/02 | IND / MED / EXP / TOTAL | 0.00 / 571.24 / 16.25 / 587.49 | 0.00 / 571.24 / 16.25 / 587.49 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2194 | Salsbury, Carroll / Turkey Brothers, Inc. / 00-1001 | ME - ME2710 / Closed / MO | Fall, Slip or Trip Injury: On Same / Specific Injury: Strain / Lower Extremities: Knee | 07/15/02 / 07/26/02 / 05/16/05 | IND / MED / EXP / TOTAL | 0.00 / 1,644.91 / 2,620.96 / 4,265.87 | 0.00 / 1,644.91 / 2,620.96 / 4,265.87 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12195 | Knight, Benjamin / Allstate Contract Cleaners / 00-1001 | ME - ME9014 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 07/24/02 / 07/30/02 / 03/14/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12196 | Drew, George / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Fracture / Lower Extremities: Foot | 07/30/02 / 07/31/02 / 11/21/02 | IND / MED / EXP / TOTAL | 0.00 / 701.03 / 26.55 / 727.58 | 0.00 / 701.03 / 26.55 / 727.58 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12197 | Curbron, Jason / Survey Works, Inc. / 00-1001 | ME - ME8601 / Closed / MO | Strain or Injury By: Reaching / Specific Injury: Strain / Lower Extremities: Ankle | 07/27/02 / 07/31/02 / 12/25/02 | IND / MED / EXP / TOTAL | 0.00 / 270.27 / 0.00 / 270.27 | 0.00 / 270.27 / 0.00 / 270.27 | 0.00 / 0.00 / 0.00 / 0.00 |

inia Surety Company, Inc. / Applied Underwriters
ne of Client: Combined Management Inc
cy Number: 015-00010554
cy Period: 03/29/02 - 03/29/03
e: 10

**APPLIED** UNDERWRITERS
Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2198 | Puk, Lam / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Strain / Lower Extremities: Knee | 07/27/02 / 08/02/02 / 10/16/02 | IND / MED / EXP / TOTAL | 0.00 / 172.40 / 25.35 / 197.75 | 0.00 / 172.40 / 25.35 / 197.75 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2199 | Kimball, John / RW Herrick / 00-1001 | ME - ME9403 / Closed / MO | Fall, Slip or Trip Injury: On Same / Specific Injury: Puncture / Lower Extremities: Upper Leg | 08/02/02 / 08/06/02 / 09/30/02 | IND / MED / EXP / TOTAL | 0.00 / 1,586.80 / 31.00 / 1,617.80 | 0.00 / 1,586.80 / 31.00 / 1,617.80 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2201 | Webster, Charlie / A Right Choice Auto Repair / 00-1001 | ME - ME8380 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Burn / Head: Ear(s) | 07/29/02 / 08/06/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 162.40 / 6.25 / 168.65 | 0.00 / 162.40 / 6.25 / 168.65 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12202 | Beardsley, Heath / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Upper Back Area (Thoracic | 08/07/02 / 08/09/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 112.00 / 28.35 / 140.35 | 0.00 / 112.00 / 28.35 / 140.35 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12204 | Melson, Chris / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Striking Against or Stepping On: / Specific Injury: Contusion - bruise / Lower Extremities: Knee | 08/01/02 / 08/12/02 / 09/27/02 | IND / MED / EXP / TOTAL | 0.00 / 584.90 / 23.75 / 608.65 | 0.00 / 584.90 / 23.75 / 608.65 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12205 | Mccormick, Chris / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Striking Against or Stepping On: / Specific Injury: All Other Specific / Lower Extremities: Foot | 07/31/02 / 08/12/02 / 11/15/02 | IND / MED / EXP / TOTAL | 0.00 / 228.04 / 26.25 / 254.29 | 0.00 / 228.04 / 26.25 / 254.29 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12206 | Powers, Bonnie / Central Maine Drywall / 00-1001 | ME - ME8810 / Closed / MO | Strain or Injury By: Repetitive Motion / Specific Injury: Strain / Upper Extremities: Elbow | 08/01/02 / 08/14/02 / 03/28/03 | IND / MED / EXP / TOTAL | 0.00 / 1,526.96 / 80.00 / 1,606.96 | 0.00 / 1,526.96 / 80.00 / 1,606.96 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12207 | James, William / Central Maine Drywall / 00-1001 | ME - ME5445 / Closed / LT | Strain or Injury By: Lifting / Specific Injury: Hernia / Trunk: Chest | 08/09/02 / 08/14/02 / 10/31/02 | IND / MED / EXP / TOTAL | 1,145.28 / 2,188.55 / 32.50 / 3,366.33 | 1,145.28 / 2,188.55 / 32.50 / 3,366.33 | 0.00 / 0.00 / 0.00 / 0.000 |

...nia Surety Company, Inc. / Applied Underwriters
...e of Client: Combined Management Inc
...cy Number: 015-00010554
...cy Period: 03/29/02 - 03/29/03
...e: 11

**APPLIED UNDERWRITERS**
Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| Claim Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2208 | Pierce, Peter / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Upper Arm | 07/09/02 / 08/15/02 / 10/09/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 0.00 | 0.00 | 0.00 |
| | | | | | EXP | 26.25 | 26.25 | 0.00 |
| | | | | | TOTAL | 26.25 | 26.25 | 0.00 |
| 2209 | Perri, Gerald / All Season Home Improvement / 00-1001 | ME - ME5645 / Closed / MO | Fall, Slip or Trip Injury: From / Specific Injury: Strain / Multiple Body Parts: Insufficient Info | 08/12/02 / 08/14/02 / 11/21/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 776.85 | 776.85 | 0.00 |
| | | | | | EXP | 23.80 | 23.80 | 0.00 |
| | | | | | TOTAL | 800.65 | 800.65 | 0.00 |
| 2210 | Green, Josh / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / LT | Miscellaneous Causes: Other - / Specific Injury: All Other Specific / Multiple Body Parts: Multiple Body | 08/14/02 / 08/20/02 / 05/10/05 | IND | 1,194.57 | 1,194.57 | 0.00 |
| | | | | | MED | 3,054.44 | 3,054.44 | 0.00 |
| | | | | | EXP | 247.50 | 247.50 | 0.00 |
| | | | | | TOTAL | 4,496.51 | 4,496.51 | 0.00 |
| 2211 | Busque, Simon / Investment Recovery / 00-1001 | ME - ME7231 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Head: Eye(s) | 08/20/02 / 08/22/02 / 12/25/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 372.80 | 372.80 | 0.00 |
| | | | | | EXP | 7.50 | 7.50 | 0.00 |
| | | | | | TOTAL | 380.30 | 380.30 | 0.00 |
| 2213 | Weymouth, Michael / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Repetitive Motion / Specific Injury: Strain / Upper Extremities: Wrist | 08/19/02 / 08/27/02 / 11/07/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 1,800.29 | 1,800.29 | 0.00 |
| | | | | | EXP | 61.26 | 61.26 | 0.00 |
| | | | | | TOTAL | 1,861.55 | 1,861.55 | 0.00 |
| 2214 | Veilleux, Steve / Central Maine Drywall / 00-1001 | ME - ME5445 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Multiple Body Parts: Multiple Body | 08/23/02 / 08/29/02 / 11/21/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 84.00 | 84.00 | 0.00 |
| | | | | | EXP | 0.00 | 0.00 | 0.00 |
| | | | | | TOTAL | 84.00 | 84.00 | 0.00 |
| I2215 | Dyar, Perry / McPherson Timberland, Inc. / 00-1001 | ME - ME5507 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 08/26/02 / 08/30/02 / 12/07/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 510.91 | 510.91 | 0.00 |
| | | | | | EXP | 8.90 | 8.90 | 0.00 |
| | | | | | TOTAL | 519.81 | 519.81 | 0.00 |
| I2216 | Wentworth, Nick / Alternative Labor Resources / 00-1001 | ME - ME8044 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Multiple Body Parts: Multiple Body | 08/29/02 / 09/05/02 / 06/08/04 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 559.79 | 559.79 | 0.00 |
| | | | | | EXP | 19.40 | 19.40 | 0.00 |
| | | | | | TOTAL | 579.19 | 579.19 | 0.00 |

**APPLIED UNDERWRITERS**

nia Surety Company, Inc. / Applied Underwriters
e of Client: Combined Management Inc
cy Number: 015-00010554
cy Period: 03/29/02 - 03/29/03
e: 12

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2217 | Dube, Diane / Sherman Arnold Appliance / 00-1001 | ME - ME8017 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Contusion - bruise / Trunk: Chest | 08/28/02 / 09/06/02 / 11/15/02 | IND / MED / EXP / TOTAL | 0.00 / 363.40 / 13.75 / 377.15 | 0.00 / 363.40 / 13.75 / 377.15 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2218 | Menario, Jason / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 09/01/02 / 09/12/02 / 10/31/02 | IND / MED / EXP / TOTAL | 0.00 / 427.30 / 21.25 / 448.55 | 0.00 / 427.30 / 21.25 / 448.55 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2219 | Greene, Linda / Investment Recovery / 00-1001 | ME - ME9014 / Closed / MO | Fall, Slip or Trip Injury: On Same / Specific Injury: Puncture / Lower Extremities: Knee | 09/05/02 / 09/13/02 / 12/28/02 | IND / MED / EXP / TOTAL | 0.00 / 102.00 / 3.15 / 105.15 | 0.00 / 102.00 / 3.15 / 105.15 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2220 | Davis, David / RW Herrick / 00-1001 | ME - ME9403 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Contusion - bruise / Lower Extremities: Lower Leg | 09/10/02 / 09/13/02 / 11/15/02 | IND / MED / EXP / TOTAL | 0.00 / 309.45 / 11.25 / 320.70 | 0.00 / 309.45 / 11.25 / 320.70 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12221 | Ringuette, Paul / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Cut, Puncture, Scrape: NOC / Specific Injury: Puncture / Lower Extremities: Foot | 09/10/02 / 09/13/02 / 11/27/02 | IND / MED / EXP / TOTAL | 0.00 / 599.01 / 17.95 / 616.96 | 0.00 / 599.01 / 17.95 / 616.96 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12222 | Kyes, Nate / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 09/10/02 / 09/13/02 / 11/15/02 | IND / MED / EXP / TOTAL | 0.00 / 714.28 / 32.50 / 746.78 | 0.00 / 714.28 / 32.50 / 746.78 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12223 | Sullivan, Steve / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Head: Eye(s) | 09/06/02 / 09/19/02 / 01/11/03 | IND / MED / EXP / TOTAL | 0.00 / 902.59 / 18.75 / 921.34 | 0.00 / 902.59 / 18.75 / 921.34 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12226 | Whitten, Randall / Fritz Tire & Disposal, Inc. / 00-1001 | ME - ME8380 / Closed / MO | Striking Against or Stepping On: / Specific Injury: Strain / Upper Extremities: Wrist | 09/16/02 / 09/23/02 / 06/05/04 | IND / MED / EXP / TOTAL | 0.00 / 469.60 / 17.75 / 487.35 | 0.00 / 469.60 / 17.75 / 487.35 | 0.00 / 0.00 / 0.00 / 0.00 |

**APPLIED UNDERWRITERS**

Date Prepared: 01/23/06
Valuation Date: 12/31/05

nia Surety Company, Inc. / Applied Underwriters
e of Client: Combined Management Inc
y Number: 015-00110554
y Period: 03/29/02 - 03/29/03
s: 13

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2227 | Pooler, James / Glass & Mirror Service, Inc. / 00-1001 | ME - ME5462 / Closed / LT | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 09/10/02 / 09/25/02 / 05/10/05 | IND / MED / EXP / TOTAL | 248.38 / 2,835.73 / 266.25 / 3,350.36 | 248.38 / 2,835.73 / 266.25 / 3,350.36 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2228 | Marston, Anthony / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Pushing or / Specific Injury: Strain / Upper Extremities: Wrist | 09/26/02 / 10/03/02 / 11/21/02 | IND / MED / EXP / TOTAL | 0.00 / 793.70 / 13.75 / 807.45 | 0.00 / 793.70 / 13.75 / 807.45 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2229 | Stamp, Christophe / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 09/22/02 / 10/03/02 / 11/15/02 | IND / MED / EXP / TOTAL | 0.00 / 103.50 / 6.25 / 109.75 | 0.00 / 103.50 / 6.25 / 109.75 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2230 | Reilly, Luke / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Contusion - bruise / Lower Extremities: Foot | 09/29/02 / 10/07/02 / 11/21/02 | IND / MED / EXP / TOTAL | 0.00 / 484.58 / 12.70 / 497.28 | 0.00 / 484.58 / 12.70 / 497.28 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2233 | Mckenney, Davis / C&J Transport, Inc. / 00-1001 | ME - ME7228 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Burn / Head: Facial bones | 08/28/02 / 10/09/02 / 10/30/02 | IND / MED / EXP / TOTAL | 0.00 / 107.55 / 2.30 / 109.85 | 0.00 / 107.55 / 2.30 / 109.85 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12234 | Keene, Mark / Investment Recovery / 00-1001 | ME - ME8742 / Closed / MO | Fall, Slip or Trip Injury: Slipped, Did / Specific Injury: Strain / Lower Extremities: Ankle | 08/30/02 / 10/09/02 / 11/15/02 | IND / MED / EXP / TOTAL | 0.00 / 290.80 / 17.50 / 308.30 | 0.00 / 290.80 / 17.50 / 308.30 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12236 | Linehan, Kevin / Alternative Labor Resources / 00-1001 | ME - ME8018 / Closed / LT | Strain or Injury By: Reaching / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 10/05/02 / 10/15/02 / 11/20/02 | IND / MED / EXP / TOTAL | 143.42 / 2,012.13 / 107.52 / 2,263.07 | 143.42 / 2,012.13 / 107.52 / 2,263.07 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12237 | Roger, Joseph / Jokas Discount Beverage / 00-1001 | ME - ME8017 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 10/08/02 / 10/15/02 / 11/28/02 | IND / MED / EXP / TOTAL | 0.00 / 332.40 / 5.00 / 337.40 | 0.00 / 332.40 / 5.00 / 337.40 | 0.00 / 0.00 / 0.00 / 0.00 |

**APPLIED UNDERWRITERS**

...inia Surety Company, Inc. / Applied Underwriters
...e of Client: Combined Management Inc
...cy Number: 015-00010554
...cy Period: 03/29/02 - 03/29/03
...e: 15

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2249 | Lessard, Robert / Alternative Labor Resources / 00-1001 | ME - ME8018 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Laceration / Lower Extremities: Upper Leg | 10/30/02 / 11/06/02 / 03/22/03 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 0.00 | 0.00 | 0.00 |
| | | | | | EXP | 0.00 | 0.00 | 0.00 |
| | | | | | TOTAL | 0.00 | 0.00 | 0.00 |
| 2252 | Stanton, Peter / Truckers International, Inc. / 00-1001 | ME - ME9061 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 11/06/02 / 11/13/02 / 03/22/03 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 119.55 | 119.55 | 0.00 |
| | | | | | EXP | 6.60 | 6.60 | 0.00 |
| | | | | | TOTAL | 126.15 | 126.15 | 0.00 |
| 2254 | Mccready, Alan / Alternative Warehouse Services / 00-1001 | ME - ME2388 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Neck: Multiple Neck Injury | 10/28/02 / 11/19/02 / 12/22/04 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 502.01 | 502.01 | 0.00 |
| | | | | | EXP | 18.75 | 18.75 | 0.00 |
| | | | | | TOTAL | 520.76 | 520.76 | 0.00 |
| 2256 | Parker, Paul / Governor's dba Le'Reve Des Ma / 00-1001 | ME - ME9061 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 11/15/02 / 12/02/02 / 12/31/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 198.00 | 198.00 | 0.00 |
| | | | | | EXP | 0.00 | 0.00 | 0.00 |
| | | | | | TOTAL | 198.00 | 198.00 | 0.00 |
| i2257 | Stone, Todd / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Wrist | 11/19/02 / 12/02/02 / 02/22/03 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 455.80 | 455.80 | 0.00 |
| | | | | | EXP | 22.50 | 22.50 | 0.00 |
| | | | | | TOTAL | 478.30 | 478.30 | 0.00 |
| I2258 | Emerson, Ray / Alternative Labor Resources / 00-1001 | ME - ME9015 / Closed / MO | Strain or Injury By: Pushing or / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 11/22/02 / 12/02/02 / 03/30/04 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 685.93 | 685.93 | 0.00 |
| | | | | | EXP | 32.50 | 32.50 | 0.00 |
| | | | | | TOTAL | 718.43 | 718.43 | 0.00 |
| 12259 | Wentworth, Nick / Alternative Labor Resources / 00-1001 | ME - ME5445 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 11/30/02 / 12/10/02 / 01/16/03 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 512.99 | 512.99 | 0.00 |
| | | | | | EXP | 7.50 | 7.50 | 0.00 |
| | | | | | TOTAL | 520.49 | 520.49 | 0.00 |
| 12260 | Hastings, Ken / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Strain / Upper Extremities: Hand | 11/23/02 / 12/10/02 / 12/25/02 | IND | 0.00 | 0.00 | 0.00 |
| | | | | | MED | 226.60 | 226.60 | 0.00 |
| | | | | | EXP | 0.00 | 0.00 | 0.00 |
| | | | | | TOTAL | 226.60 | 226.60 | 0.00 |

inia Surety Company, Inc. / Applied Underwriters
te of Client    Combined Management Inc
cy Number:    015-00010554
cy Period:    03/29/02 - 03/29/03
e:    16

**APPLIED UNDERWRITERS**

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| m Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2261 | Michaud, Johnny / Crystal Spring Water / 00-1001 | ME - ME2156 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 12/04/02 / 12/10/02 / 12/28/02 | IND / MED / EXP / TOTAL | 0.00 / 567.60 / 0.00 / 567.60 | 0.00 / 567.60 / 0.00 / 567.60 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2262 | Redfern, Bryan / Alternative Labor Resources / 00-1001 | ME - ME5445 / Closed / MO | Strain of Injury By: Using Tool or / Specific Injury: Sprain / Upper Extremities: Wrist | 12/04/02 / 12/10/02 / 03/01/04 | IND / MED / EXP / TOTAL | 0.00 / 1,316.44 / 26.46 / 1,342.90 | 0.00 / 1,316.44 / 26.46 / 1,342.90 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2263 | Nouchanthavong, T / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Contusion - bruise / Lower Extremities: Foot | 11/20/02 / 12/10/02 / 12/21/02 | IND / MED / EXP / TOTAL | 0.00 / 208.60 / 0.00 / 208.60 | 0.00 / 208.60 / 0.00 / 208.60 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2264 | Deschaine, Philip / Coachworks, Inc / 00-1001 | ME - ME8393 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Multiple Body Parts: Multiple Body | 11/05/02 / 12/12/02 / 02/07/03 | IND / MED / EXP / TOTAL | 0.00 / 75.00 / 0.00 / 75.00 | 0.00 / 75.00 / 0.00 / 75.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2268 | Gilsleider, Bernard / Misty Moon Transport, Inc, / 00-1001 | ME - ME7229 / Closed / LT | Motor Vehicle: Collision or Sideswipe / Specific Injury: Contusion - bruise / Multiple Body Parts: Insufficient Info | 12/14/02 / 12/19/02 / 04/18/05 | IND / MED / EXP / TOTAL | 44,763.75 / 22,334.24 / 14,003.63 / 81,101.62 | 44,763.75 / 22,334.24 / 14,003.63 / 81,101.62 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2269 | Martin, Nathan / Waterville Elks Lodge 905 / 00-1001 | ME - ME9061 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 12/12/02 / 12/19/02 / 01/10/03 | IND / MED / EXP / TOTAL | 0.00 / 92.00 / 0.00 / 92.00 | 0.00 / 92.00 / 0.00 / 92.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2271 | Clark, William / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: All Other Specific / Trunk: Abdomen Including Groin | 12/08/02 / 12/24/02 / 03/22/03 | IND / MED / EXP / TOTAL | 0.00 / 112.00 / 4.30 / 116.30 | 0.00 / 112.00 / 4.30 / 116.30 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2272 | Deming, Adam / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: All Other Specific / Lower Extremities: Knee | 12/08/02 / 12/24/02 / 03/22/03 | IND / MED / EXP / TOTAL | 0.00 / 226.60 / 0.00 / 226.60 | 0.00 / 226.60 / 0.00 / 226.60 | 0.00 / 0.00 / 0.00 / 0.00 |

nia Surety Company, Inc. / Applied Underwriters
e of Client: Combined Management Inc
y Number: 015-00010554
y Period: 03/29/02 - 03/29/03
: 17

**APPLIED UNDERWRITERS**
Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2273 | Voye, Jason / Crystal Spring Water / 00-1001 | ME - ME2003 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 12/17/02 / 12/24/02 / 03/22/03 | IND / MED / EXP / TOTAL | 0.00 / 358.15 / 5.00 / 363.15 | 0.00 / 358.15 / 5.00 / 363.15 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2274 | Swanson, Jon / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Inflammation / Multiple Body Parts: Multiple Body | 12/16/02 / 12/24/02 / 12/01/04 | IND / MED / EXP / TOTAL | 0.00 / 1,149.53 / 55.00 / 1,204.53 | 0.00 / 1,149.53 / 55.00 / 1,204.53 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2275 | Brooks, Adam / RW Herrick / 00-1001 | ME - ME9403 / Closed / MO | Strain or Injury By: Reaching / Specific Injury: Strain / Lower Extremities: Knee | 12/17/02 / 12/27/02 / 03/14/03 | IND / MED / EXP / TOTAL | 0.00 / 317.97 / 8.75 / 326.72 | 0.00 / 317.97 / 8.75 / 326.72 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2276 | Cobb, Nathan / Investment Recovery / 00-1001 | ME - ME9014 / Closed / MO | Striking Against or Stepping On: / Specific Injury: Contusion - bruise / Lower Extremities: Knee | 12/19/02 / 12/27/02 / 03/14/03 | IND / MED / EXP / TOTAL | 0.00 / 247.00 / 12.50 / 259.50 | 0.00 / 247.00 / 12.50 / 259.50 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2278 | Gilsleider, Sharo / Misty Moon Transport, Inc. / 00-1001 | ME - ME7229 / Closed / LT | Motor Vehicle: Collision or Sideswipe / Specific Injury: Contusion - bruise / Trunk: Low Back Area (Lumbar Area | 12/14/02 / 01/07/03 / 04/19/05 | IND / MED / EXP / TOTAL | 5,000.00 / 3,609.19 / 5,003.62 / 13,612.81 | 5,000.00 / 3,609.19 / 5,003.62 / 13,612.81 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2280 | Pitts, Matt / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Caught In, Under, or Between: NOC / Specific Injury: Strain / Lower Extremities: Ankle | 01/01/03 / 01/08/03 / 03/25/03 | IND / MED / EXP / TOTAL | 0.00 / 162.40 / 12.50 / 174.90 | 0.00 / 162.40 / 12.50 / 174.90 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2281 | Davis, Dave / RW Herrick / 00-1001 | ME - ME9403 / Closed / MO | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 12/30/02 / 01/08/03 / 03/25/03 | IND / MED / EXP / TOTAL | 0.00 / 1,540.60 / 68.75 / 1,609.35 | 0.00 / 1,540.60 / 68.75 / 1,609.35 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2282 | Roderick, Doreen / Central Maine Drywall / 00-1001 | ME - ME5445 / Closed / MO | Fall, Slip or Trip Injury: Slipped, Did / Specific Injury: Strain / Lower Extremities: Ankle | 09/11/02 / 01/08/03 / 03/25/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |

nia Surety Company, Inc. / Applied Underwriters
Combined Management Inc
e of Client:    015-00010554
y Number:     03/29/02 - 03/29/03
y Period:      18
e:

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

**APPLIED** UNDERWRITERS

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2283 | Chamberlain, Don / Jokas Discount Beverage / 00-1001 | ME - ME8017 / Closed / LT | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Fracture / Lower Extremities: Foot | 01/02/03 / 01/13/03 / 09/30/04 | IND / MED / EXP / TOTAL | 2,032.13 / 1,323.58 / 58.15 / 3,413.86 | 2,032.13 / 1,323.58 / 58.15 / 3,413.86 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2284 | Reilly, Luke / Alternative Warehouse Services / 00-1001 | ME - ME8018 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Puncture / Lower Extremities: Upper Leg | 11/30/02 / 01/16/03 / 03/14/03 | IND / MED / EXP / TOTAL | 0.00 / 1,311.44 / 47.74 / 1,359.18 | 0.00 / 1,311.44 / 47.74 / 1,359.18 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2285 | Bryant, Almond / Kalvin Mason Trucking, Inc. / 00-1001 | ME - ME7229 / Closed / MO | Motor Vehicle: Vehicle Upset - / Specific Injury: Contusion - bruise / Multiple Body Parts: Multiple Body | 01/02/03 / 01/16/03 / 10/08/03 | IND / MED / EXP / TOTAL | 0.00 / 1,896.93 / 101.93 / 1,998.86 | 0.00 / 1,896.93 / 101.93 / 1,998.86 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2286 | Foss, Ernest / Belangers Welding & Fabrication / 00-1001 | ME - ME3030 / Closed / LT | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 01/14/03 / 01/20/03 / 02/22/03 | IND / MED / EXP / TOTAL | 274.84 / 4,460.71 / 61.25 / 4,796.80 | 274.84 / 4,460.71 / 61.25 / 4,796.80 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2288 | Tyson, Kristen / Northstar Connections, LCC / 00-1001 | ME - ME8810 / Closed / MO | Strain or Injury By: Reaching / Specific Injury: Puncture / Upper Extremities: Hand | 01/15/03 / 01/22/03 / 04/05/03 | IND / MED / EXP / TOTAL | 0.00 / 127.00 / 6.25 / 133.25 | 0.00 / 127.00 / 6.25 / 133.25 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12290 | Harrington, Alfre / Coachworks, Inc / 00-1001 | ME - ME8393 / Closed / MO | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 01/15/03 / 01/22/03 / 05/10/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12291 | Whitten, Randell / Fritz Tire & Disposal, Inc. / 00-1001 | ME - ME7228 / Open / LT | Fall, Slip or Trip Injury: From / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 01/20/03 / 01/22/03 | IND / MED / EXP / TOTAL | 80,485.74 / 45,959.33 / 17,798.15 / 144,243.22 | 44,322.21 / 24,265.57 / 14,072.22 / 82,660.00 | 36,163.53 / 21,693.76 / 3,725.93 / 61,583.22 |
| 12293 | Totos, Joshua / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Fall, Slip or Trip Injury: On Same / Specific Injury: Contusion - bruise / Lower Extremities: Knee | 01/23/03 / 01/31/03 / 04/05/03 | IND / MED / EXP / TOTAL | 0.00 / 967.84 / 38.75 / 1,006.59 | 0.00 / 967.84 / 38.75 / 1,006.59 | 0.00 / 0.00 / 0.00 / 0.00 |

**APPLIED UNDERWRITERS**

Date Prepared: 01/23/06
Valuation Date: 12/31/05

...inia Surety Company, Inc. / Applied Underwriters
...e of Client: Combined Management Inc
...cy Number: 015-00010554
...cy Period: 03/29/02 - 03/29/03
...e: 19

IR = Incident Report, MO = Medical Only, LT = Lost Time

| Claim Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2295 | Robinson, Lawrenc / C&J Transport, Inc. / 00-1001 | ME - ME8380 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Head: Eye(s) | 01/31/03 / 02/05/03 / 04/05/03 | IND / MED / EXP / TOTAL | 0.00 / 94.20 / 9.40 / 103.60 | 0.00 / 94.20 / 9.40 / 103.60 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2296 | Griffin, Wayne / Crystal Spring Water / 00-1001 | ME - ME2156 / Closed / MO | Fall, Slip or Trip Injury: On Same / Specific Injury: Strain / Multiple Body Parts: Insufficient Info | 02/07/03 / 02/12/03 / 04/12/03 | IND / MED / EXP / TOTAL | 0.00 / 195.40 / 11.25 / 206.65 | 0.00 / 195.40 / 11.25 / 206.65 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2299 | McIver, Steven / Crystal Spring Water / 00-1001 | ME - ME8810 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Hernia / Trunk: Abdomen Including Groin | 02/12/03 / 02/20/03 / 03/29/03 | IND / MED / EXP / TOTAL | 0.00 / 337.48 / 12.50 / 349.98 | 0.00 / 337.48 / 12.50 / 349.98 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12300 | O'Brian, Richard / Coachworks, Inc / 00-1001 | ME - ME8393 / Closed / MO | Cut, Puncture, Scrape: NOC / Specific Injury: Laceration / Upper Extremities: Finger(s) | 02/18/03 / 02/25/03 / 05/10/03 | IND / MED / EXP / TOTAL | 0.00 / 790.40 / 17.20 / 807.60 | 0.00 / 790.40 / 17.20 / 807.60 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12302 | Cloutier, Ray / Custom Power Control / 00-1001 | ME - ME5190 / Closed / MO | Strain or Injury By: Pushing or / Specific Injury: Strain / Upper Extremities: Wrist | 02/11/03 / 02/27/03 / 05/21/04 | IND / MED / EXP / TOTAL | 0.00 / 769.20 / 454.25 / 1,223.45 | 0.00 / 769.20 / 454.25 / 1,223.45 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12303 | Cloutier, Ray / Custom Power Control / 00-1001 | ME - ME5190 / Closed / MO | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Lower Extremities: Foot | 02/14/03 / 02/27/03 / 06/25/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 103.80 / 103.80 | 0.00 / 0.00 / 103.80 / 103.80 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12304 | Dumais, Sandy / Jokas Discount Beverage / 00-1001 | ME - ME8017 / Closed / MO | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 02/10/03 / 02/27/03 / 06/1/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12305 | Cyr, Eric / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Reaching / Specific Injury: Strain / Upper Extremities: Upper Arm | 02/22/03 / 02/27/03 / 04/18/03 | IND / MED / EXP / TOTAL | 0.00 / 361.30 / 17.50 / 378.80 | 0.00 / 361.30 / 17.50 / 378.80 | 0.00 / 0.00 / 0.00 / 0.00 |

Ina Surety Company, Inc. / Applied Underwriters
me of Client:  Combined Management Inc
cy Number:  015-00010554
cy Period:  03/29/02 - 03/29/03
e:  20

**APPLIED UNDERWRITERS**

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| Claim Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2306 | Freddette, Dichie / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Caught In, Under, or Between: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 02/22/03 / 02/28/03 / 04/25/03 | IND / MED / EXP / TOTAL | 0.00 / 329.88 / 13.05 / 342.93 | 0.00 / 329.88 / 13.05 / 342.93 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2309 | Wentworth, Nick / Alternative Labor Resources / 00-1001 | ME - ME8044 / Closed / MO | Strain or Injury By: Holding or / Specific Injury: Contusion - bruise / Neck: Multiple Neck Injury | 03/04/03 / 03/12/03 / 04/18/03 | IND / MED / EXP / TOTAL | 0.00 / 1,454.80 / 63.75 / 1,518.55 | 0.00 / 1,454.80 / 63.75 / 1,518.55 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2310 | Breton, Justin / Uni-Slim Corporation / 00-1001 | ME - ME2812 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 03/08/03 / 03/12/03 / 06/12/03 | IND / MED / EXP / TOTAL | 0.00 / 448.78 / 19.50 / 468.28 | 0.00 / 448.78 / 19.50 / 468.28 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12311 | Bouillie, Matthew / Alternative Warehouse Services / 00-1001 | ME - ME8292 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Strain / Lower Extremities: Upper Leg | 02/26/03 / 03/12/03 / 04/12/03 | IND / MED / EXP / TOTAL | 0.00 / 237.30 / 23.30 / 260.60 | 0.00 / 237.30 / 23.30 / 260.60 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12312 | Keene, Mark / Investment Recovery / 00-1001 | ME - ME8742 / Closed / MO | Strain or Injury By: Reaching / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area) | 03/10/03 / 03/14/03 / 05/10/03 | IND / MED / EXP / TOTAL | 0.00 / 235.80 / 10.00 / 245.80 | 0.00 / 235.80 / 10.00 / 245.80 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12313 | Dupre, Roger / Decorating Plus, Inc. / 00-1001 | ME - ME8017 / Closed / MO | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 03/07/03 / 03/14/03 / 06/12/03 | IND / MED / EXP / TOTAL | 0.00 / 681.56 / 3.15 / 684.71 | 0.00 / 681.56 / 3.15 / 684.71 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12315 | Morin, Shawn / Alternative Warehouse Services / 00-1001 | ME - ME8044 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Finger(s) | 03/18/03 / 03/20/03 / 04/12/03 | IND / MED / EXP / TOTAL | 0.00 / 258.20 / 16.25 / 274.45 | 0.00 / 258.20 / 16.25 / 274.45 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12316 | Shuffleburg, Bran / Truckers International, Inc. / 00-1001 | ME - ME9079 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Strain / Upper Extremities: Wrist | 03/15/03 / 03/25/03 / 10/30/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 1,150.43 / 1,150.43 | 0.00 / 0.00 / 1,150.43 / 1,150.43 | 0.00 / 0.00 / 0.00 / 0.00 |

inia Surety Company, Inc. / Applied Underwriters
ne of Client: Combined Management Inc
cy Number: 015-00010554
cy Period: 03/29/02 - 03/29/03
e: 21

**APPLIED** UNDERWRITERS

Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2317 | Powell, Jermey / Investment Recovery / 00-1001 | ME - ME9014 / Closed / MO | Miscellaneous Causes: Other - / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 03/10/03 / 03/25/03 / 08/27/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2318 | Trask, George / All Season Home Improvement / 00-1001 | ME - ME5645 / Closed / MO | Fall, Slip, Trip Injury: NOC / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 03/17/03 / 03/26/03 / 04/25/03 | IND / MED / EXP / TOTAL | 0.00 / 2,172.72 / 44.75 / 2,217.47 | 0.00 / 2,172.72 / 44.75 / 2,217.47 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2320 | Libby, Mark / Investment Recovery / 00-1001 | ME - ME9014 / Closed / MO | Strain or Injury By: Repetitive Motion / Specific Injury: Strain / Upper Extremities: Wrist | 03/25/03 / 03/28/03 / 05/24/03 | IND / MED / EXP / TOTAL | 0.00 / 187.40 / 6.25 / 193.65 | 0.00 / 187.40 / 6.25 / 193.65 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2321 | Harrington, Alfre / Coachworks, Inc / 00-1001 | ME - ME8393 / Closed / MO | Strain or Injury By: Using Tool or / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 03/26/03 / 03/28/03 / 06/12/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12322 | Dickey, Arthur / Alternative Labor Resources / 00-1001 | ME - ME8292 / Closed / MO | Strain or Injury By: Lifting / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 03/07/03 / 03/28/03 / 04/12/03 | IND / MED / EXP / TOTAL | 0.00 / 245.80 / 11.25 / 257.05 | 0.00 / 245.80 / 11.25 / 257.05 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12323 | Podsen, Kenneth / Northstar Connections, LCC / 00-1001 | ME - ME5191 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Laceration / Head: Eye(s) | 03/26/03 / 03/28/03 / 06/12/03 | IND / MED / EXP / TOTAL | 0.00 / 60.00 / 5.00 / 65.00 | 0.00 / 60.00 / 5.00 / 65.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12325 | Dumais, Sandy / Jokas Discount Beverage / 00-1001 | ME - ME9079 / Closed / MO | Fall, Slip or Trip Injury: From / Specific Injury: Strain / Multiple Body Parts: Insufficient Info | 02/23/03 / 04/04/03 / 08/23/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 12327 | Rollins, Stephen / Alternative Labor Resources / 00-1001 | ME - ME8044 / Closed / MO | Strain or Injury By: Using Tool or / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 01/23/03 / 04/08/03 / 05/10/03 | IND / MED / EXP / TOTAL | 0.00 / 1,015.31 / 39.90 / 1,055.21 | 0.00 / 1,015.31 / 39.90 / 1,055.21 | 0.00 / 0.00 / 0.00 / 0.00 |

...nia Surety Company, Inc. / Applied Underwriters
e of Client: Combined Management Inc
y Number: 015-00010554
y Period: 03/29/02 - 03/29/03
: 22

**APPLIED UNDERWRITERS**
Date Prepared: 01/23/06
Valuation Date: 12/31/05
IR = Incident Report, MO = Medical Only, LT = Lost Time

| Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 2332 | Lefebvre, Victor / Joe Banville Drywall / 00-1001 | ME - ME2710 / Closed / MO | Fall, Slip or Trip Injury: On Same / Specific Injury: Strain / Multiple Body Parts: Multiple Body | 01/08/03 / 04/23/03 / 12/23/04 | IND / MED / EXP / TOTAL | 0.00 / 1,546.15 / 5,723.69 / 7,269.84 | 0.00 / 1,546.15 / 5,723.69 / 7,269.84 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2349 | Nile, John / C&J Transport, Inc. / 00-1001 | VA - ME7229 / Closed / MO | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Puncture / Multiple Head Injury | 12/09/02 / 08/26/03 / 08/28/03 | IND / MED / EXP / TOTAL | 0.00 / 928.00 / 0.00 / 928.00 | 0.00 / 928.00 / 0.00 / 928.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2354 | O'Clair, Joanne / Carter Trucking / 00-1001 | ME - ME7228 / Closed / LT | Strain or Injury By: Pushing or / Specific Injury: Strain / Upper Extremities: Shoulder(s) | 06/01/02 / 10/08/03 / 10/26/04 | IND / MED / EXP / TOTAL | 39,611.59 / 959.60 / 3,302.74 / 43,873.93 | 39,611.59 / 959.60 / 3,302.74 / 43,873.93 | 0.00 / 0.00 / 0.00 / 0.00 |
| als for Policy: 015-00010554 | Open Claims: 1    Closed Claims: 1 | | | | 170 | 685,463.56 | 623,389.04 | 62,074.52 |

...inia Surety Company, Inc. / Applied Underwriters
...e of Client: Combined Management Inc
...cy Number: 015-00010772
...cy Period: 03/29/03 - 05/02/03
...e: 23

**APPLIED UNDERWRITERS**
Date Prepared: 01/23/06
Valuation Date: 12/31/05

IR = Incident Report, MO = Medical Only, LT = Lost Time

| ...n Number | Claimant Name / Location Name / Account # | State - NCCI / Status / Loss Type | Accident Description / Nature of Injury / Part of Body | Date of Injury / Date Reported / Date Closed | Expense Type | Incurred | Paid-to-Date | Outstanding |
|---|---|---|---|---|---|---|---|---|
| 7420 | Lavanway, Christopher / Crystal Spring Water / 00-1001 | ME - ME7380 / Closed / IR | Fall, Slip or Trip Injury: From / Specific Injury: Strain / Trunk: Low Back Area (Lumbar Area | 04/03/03 / 04/04/03 / 05/05/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 7421 | Giguelr, Rick / Crystal Spring Water / 00-1001 | ME - ME7380 / Closed / IR | Fall, Slip or Trip Injury: On Ice or / Specific Injury: Strain / Lower Extremities: Lower Leg | 04/01/03 / 04/03/03 / 05/05/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 7422 | Dube, Diane / Sherman Arnold Appliance / 00-1001 | ME - ME8810 / Closed / IR | Struck or Injured By - Includes / Specific Injury: Contusion - bruise / Trunk: Chest | 04/02/03 / 04/04/03 / 05/05/03 | IND / MED / EXP / TOTAL | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2328 | Dixon, Jerod / Investment Recovery / 00-1001 | ME - ME7231 / Closed / MO | Cut, Puncture, Scrape, Injured By: / Specific Injury: Puncture / Upper Extremities: Hand | 04/09/03 / 04/11/03 / 06/12/03 | IND / MED / EXP / TOTAL | 0.00 / 522.88 / 5.45 / 528.33 | 0.00 / 522.88 / 5.45 / 528.33 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2331 | Snowman, Jason / Uni-Sim Corporation / 00-1001 | ME - ME2812 / Closed / MO | Cut, Puncture, Scrape: NOC / Specific Injury: Laceration / Upper Extremities: Hand | 04/18/03 / 04/22/03 / 12/10/04 | IND / MED / EXP / TOTAL | 0.00 / 3,729.80 / 20.65 / 3,750.45 | 0.00 / 3,729.80 / 20.65 / 3,750.45 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2333 | Savinelli, Jonath / Waterville Elks Lodge 905 / 00-1001 | ME - ME9079 / Closed / MO | Struck or Injured By - Includes / Specific Injury: Puncture / Lower Extremities: Toe(s) | 04/21/03 / 04/24/03 / 06/18/04 | IND / MED / EXP / TOTAL | 0.00 / 237.00 / 5.45 / 242.45 | 0.00 / 237.00 / 5.45 / 242.45 | 0.00 / 0.00 / 0.00 / 0.00 |
| 2335 | Mcrae, Sean / Northstar Connections, LCC / 00-1001 | ME - ME5191 / Closed / MO | Miscellaneous Causes: Foreign / Specific Injury: Foreign Body / Head: Eye(s) | 04/17/03 / 05/05/03 / 06/12/03 | IND / MED / EXP / TOTAL | 0.00 / 520.70 / 35.11 / 555.81 | 0.00 / 520.70 / 35.11 / 555.81 | 0.00 / 0.00 / 0.00 / 0.00 |
| ...tals for Policy: 015-00010772 | | Open Claims: 0 | Closed Claims: 7 | | | 5,077.04 | 5,077.04 | 0.00 |
| ...tals for Insured: Combined Management Inc | | Open Claims: 1 | Closed Claims: 177 | | | 690,540.60 | 628,466.08 | 62,074.52 |
| ...tals for Report: | | Open Claims: 1 | Closed Claims: 177 | | | 690,540.60 | 628,466.08 | 62,074.52 |

UW FILE

Page 1 of 1
Customer Account No. 46-734112

APPLIED UNDERWRITERS

Profit Calculation No. 2

**Statement Date: 01/23/06**

For the Period: 03/29/02 to 05/02/03

Combined Management
67 Minot Ave
Auburn, ME 04210

Questions? Changes? Comments?

Your account manager is:
Larry Billman

Call:
(866) 234-4414

Fax:
(402)898-2583

Mail:
P.O. Box 3646
Omaha, NE 68103-0646

Coverage Dynamics™

# Profit Sharing Statement

**Important Information**

***Full Payment is Due Upon Receipt of this Statement***

Wire funds to:

Security National Bank, Omaha, NE, FBO Applied Risk Services, Acct # 10001691, ABA Routing # 104000841.

This statement is a summary only. This statement reflects the combined activity under the statutory policy(s), and participation agreements in force under this program.

| | | |
|---|---|---|
| **Premium and Losses** | Total Program Containment Premium - Audited | 914,638.08 |
| | Incurred Losses as of: 12/31/05 | 690,540.60 |
| | Adjustment for Per Loss Limitation | -87,527.69 |
| | Program Losses | 778,068.29 |
| | Loss Development Factor | 1.10 |
| | Expected Losses | 855,875.12 |
| **Program Maximum, Minimum and Expense Calculation** | Maximum Cost Factor | 1.25 |
| | Maximum Cost | 1,143,297.60 |
| | Minimum Cost Factor | 0.75 |
| | Minimum Cost | 685,978.56 |
| | Expense Cost Factor | 0.55 |
| | Expense Cost | 503,050.94 |
| | Expense Cost + Expected Losses | 1,358,926.06 |
| | Total Program Base Cost | 1,143,297.60 |
| **Summary of Current Balance Due** | Program Base Cost as of Profit Share Calculation | 1,143,297.60 |
| | Loss Conversion (Program Losses * 10.00%) | 69,054.08 |
| | Additional Fees | 0.00 |
| | Taxes and Assessments | 1,286.80 |
| | Total Cost | 1,213,638.46 |
| | Cash Paid In as of Profit Sharing Calculation | 934,736.98 |
| | LOC on File as of Profit Sharing Calculation | 0.00 |
| | Total Paid In | 934,736.98 |
| | TOTAL AMOUNT DUE NOW | 278,901.48 |

EXHIBIT
tabbies
5

COPY

# Coverage Dynamics™

**APPLIED UNDERWRITERS**

## Premium Audit Statement

Regional Service Center
P.O. Box 3646
Omaha, NE 68103-0646

| | | | |
|---|---|---|---|
| Insured: | **Combined Management, Inc.**<br>**67 Minot Avenue**<br>**Auburn, ME 04210** | Account Number: | 46-734112 |
| | | Invoice Date: | 02/17/04 |
| Broker: | **The Barrow Group**<br>**110 East Crogan Street**<br>**Lawrenceville, GA 30045** | | |

Policy Number: 015-00010554
Policy Period: 03/29/02 to 03/29/03

Premium Audit covers period from: 03/29/02 to 03/29/03

| Class Code | Classification of Work | Payroll | Billed Rate | Premium |
|---|---|---|---|---|
| | Maine | | | |
| ME 2003 | Bakery | 5,539.00 | 4.41 | 244.27 |
| ME 2156 | Bottling | 194,486.00 | 5.40 | 10,502.24 |
| ME 2388 | Embroidery | 1,639.00 | 3.17 | 51.96 |
| ME 2710 | Sawmill | 171,234.00 | 11.15 | 19,092.59 |
| ME 2812 | Cabinet Works | 20,849.00 | 6.25 | 1,303.06 |
| ME 2883 | Furniture Mfg | 20,714.00 | 4.85 | 1,004.63 |
| ME 3030 | Iron Steel | 43,662.00 | 9.72 | 4,243.95 |
| ME 3632 | Machine Shop | 196,133.00 | 4.49 | 8,806.37 |
| ME 3821 | Auto Dismantling | 6,574.00 | 6.53 | 429.28 |
| ME 4000 | Sand & Gravel | 31,128.00 | 7.07 | 2,200.75 |
| ME 4360 | Motion Picture | 396,105.00 | 2.04 | 8,080.54 |
| ME 4452 | Plastic Mfg | 71,147.00 | 4.96 | 3,528.89 |
| ME 4511 | Analytical Chemist | 119,255.00 | 1.02 | 1,216.40 |
| ME 4693 | Pharmaceutical | 200,985.00 | 2.76 | 5,547.19 |
| ME 5022 | Masonry | 47,413.00 | 21.95 | 10,407.15 |
| ME 5183 | Plumbing | 37,135.00 | 5.89 | 2,187.25 |
| ME 5190 | Electrical | 31,526.00 | 3.89 | 1,226.36 |
| ME 5191 | Office Machines | 234,791.00 | 1.23 | 2,887.93 |
| ME 5221 | Concrete | 58,079.00 | 6.00 | 3,484.74 |
| ME 5445 | Wallboard | 503,843.00 | 18.45 | 92,959.03 |
| ME 5462 | Glazier | 45,383.00 | 12.45 | 5,650.18 |
| ME 5479 | Insulation | 20,025.00 | 10.49 | 2,100.62 |
| ME 5507 | Street & Road | 124,702.00 | 7.96 | 9,926.38 |
| ME 5538 | Sheet Metal | 39,071.00 | 7.65 | 2,988.93 |
| | | | Page 1-Subtotal-ME | 200,070.61 |
| | | | Page 2-Subtotal-ME | 503,072.93 |
| | Total-Maine | | | 703,143.54 |

**Final Totals**

| | Payroll | Premium | State Fees | Total |
|---|---|---|---|---|
| Audited | 15,982,406.00 | 703,143.54 | 0.00 | 703,143.54 |

**EXHIBIT**

number 6

If you have any questions regarding this audit, please contact your account manager at (402) 827-3421.

COPY

**Coverage  
Dynamics™**

APPLIED  
UNDERWRITERS

## Premium Audit Statement

Regional Service Center  
P.O. Box 3646  
Omaha, NE 68103-0646

| | | | |
|---|---|---|---|
| Insured: | **Combined Management, Inc.**<br>**67 Minot Avenue**<br>**Auburn, ME 04210** | Account Number: | 46-734112 |
| | | Invoice Date: | 02/17/04 |
| Broker: | **The Barrow Group**<br>**110 East Crogan Street**<br>**Lawrenceville, GA 30045** | | |

Policy Number:   015-00010554  
Policy Period:   03/29/02 to 03/29/03  

Premium Audit covers period from:   03/29/02 to 03/29/03

| Class Code | Classification of Work | Payroll | Filed Rate | Premium |
|---|---|---|---|---|
| | Maine (Cont.) | | | |
| ME 5606 | Executive Supervisor | 141,031.00 | 2.50 | 3,525.78 |
| ME 5645 | Carpentry | 91,064.00 | 12.86 | 11,710.83 |
| ME 6504 | Food Sundries | 9,274.00 | 3.92 | 363.54 |
| ME 7228 | Trucking Local | 74,151.00 | 12.64 | 9,372.69 |
| ME 7229 | Trucking Long Distance | 287,411.00 | 12.36 | 35,524.00 |
| ME 7231 | Trucking Mail or Parcel Delivery | 471,521.00 | 6.99 | 32,959.32 |
| ME 7380 | Driver, Chauffeurs | 93,594.00 | 8.96 | 8,386.02 |
| ME 8006 | Gasoline Station | 59,101.00 | 2.82 | 1,666.65 |
| ME 8010 | Store:Hardware | 56,366.00 | 1.86 | 1,048.41 |
| ME 8017 | Store: Retail NOC | 406,983.00 | 1.87 | 7,610.58 |
| ME 8018 | Store: Wholesale NOC | 34,052.00 | 4.34 | 1,477.86 |
| ME 8021 | Store: Meat, Fish or Poultry Wholesale | 162,296.00 | 4.45 | 7,222.17 |
| ME 8044 | Store: Furniture & Drivers | 447,765.00 | 3.39 | 15,179.23 |
| ME 8232 | Building Materials | 56,976.00 | 3.70 | 2,108.11 |
| ME 8292 | Storage Warehouse | 3,003,782.00 | 7.07 | 212,367.39 |
| ME 8380 | Auto Service | 813,629.00 | 4.17 | 33,928.33 |
| ME 8385 | Bus: Garage Employees | 36,984.00 | 3.37 | 1,246.36 |
| ME 8393 | Auto Body Repair | 439,045.00 | 3.97 | 17,430.09 |
| ME 8601 | Engineering | 305,704.00 | 1.17 | 3,576.74 |
| ME 8720 | Inspection of risk | 45,995.00 | 1.54 | 708.32 |
| ME 8742 | Salespersons | 720,875.00 | 0.77 | 5,550.74 |
| ME 8803 | Auditing | 50,853.00 | 0.19 | 96.62 |
| ME 8810 | Clerical Office NOC | 3,892,613.00 | 0.51 | 19,852.33 |
| ME 8832 | Physician | 5,852.00 | 0.74 | 43.30 |
| ME 9014 | Buildings-Operation by Contractors | 321,569.00 | 5.04 | 16,207.08 |
| ME 9015 | Buildings-Operation by Owner or Lessee | 3,326.00 | 4.43 | 147.34 |
| ME 9061 | Club NOC & Clerical | 13,370.00 | 3.04 | 406.45 |
| ME 9079 | Bar, Lounge or Tavern | 1,003,345.00 | 2.48 | 24,882.96 |
| ME 9403 | Garbage or Refuse Collection & Drivers | 277,193.00 | 9.12 | 25,280.00 |
| ME 9501 | Painting: Shop & Drivers | 3,988.00 | 3.53 | 140.78 |
| ME 9521 | House Furnishings Installation | 31,280.00 | 9.76 | 3,052.93 |
| | | | | 503,072.93 |

If you have any questions regarding this audit, please contact your account manager at (402) 827-3421.

COPY

**Coverage Dynamics™**

**APPLIED UNDERWRITERS**

‌**Premium Audit Statement**

Regional Service Center
P.O. Box 3646
Omaha, NE 68103-0646

| | | | |
|---|---|---|---|
| Insured: | **Combined Management, Inc.**<br>**67 Minot Avenue**<br>**Auburn, ME 04210** | Account Number: | 46-734112 |
| | | Invoice Date: | 02/17/04 |
| Broker: | **The Barrow Group**<br>**110 East Crogan Street**<br>**Lawrenceville, GA 30045** | | |

| | |
|---|---|
| Policy Number: | 015-00010772 |
| Policy Period: | 03/29/03 to 05/02/03 |
| Premium Audit covers period from: | 03/29/03 to 05/02/03 |

| Class Code | Classification of Work | Payroll | Unit Rate | Premium |
|---|---|---|---|---|
| | **Maine** | | | |
| ME 2003 | Bakery | 516.00 | 4.41 | 22.76 |
| ME 2156 | Bottling | 18,116.00 | 5.40 | 978.26 |
| ME 2388 | Embroidery | 153.00 | 3.17 | 4.85 |
| ME 3710 | Sawmill | 15,951.00 | 11.15 | 1,778.54 |
| ME 2812 | Cabinet Works | 1,942.00 | 6.35 | 121.38 |
| ME 2883 | Furniture Mfg | 1,929.00 | 4.85 | 93.56 |
| ME 3030 | Iron Steel | 4,067.00 | 9.72 | 395.31 |
| ME 3632 | Machine Shop | 18,270.00 | 4.49 | 820.32 |
| ME 3821 | Auto Dismantling | 0.00 | 6.53 | 0.00 |
| ME 4000 | Sand & Gravel | 2,900.00 | 7.07 | 205.03 |
| ME 4360 | Motion Picture | 36,897.00 | 2.04 | 752.70 |
| ME 4452 | Plastic Mfg | 6,637.00 | 4.96 | 328.70 |
| ME 4511 | Analytical Chemist | 11,109.00 | 1.02 | 113.31 |
| ME 4693 | Pharmaceutical | 18,722.00 | 2.76 | 516.73 |
| | | | Page 1-Subtotal-ME | 6,131.44 |
| | | | Page 2-Subtotal-ME | 54,396.51 |
| | | | Page 3-Subtotal-ME | 5,012.90 |
| | **Total-Maine** | | | 65,440.85 |
| | Employers Liability | | 2.800% | 1,832.34 |
| | Experience Modification | | 1.240 | 83,418.76 |
| | Merit Rating | | 1.000 | 83,418.76 |
| | Expense Constant | | 140.00 | 83,558.76 |
| | WC Board Admin. Fund Assessment | | 1.540% | 1,286.80 |
| | **Total State Fees-Maine** | | | 1,286.80 |

**Final Totals**

| | Payroll | Premium | State Fees | Total |
|---|---|---|---|---|
| Audited | 1,486,403.00 | 65,440.85 | 1,286.80 | 66,727.65 |

If you have any questions regarding this audit, please contact your account manager at (402) 827-3421.



COPY

**APPLIED**
UNDERWRITERS

Coverage **Dynamics**™

**Premium Audit Statement**

Regional Service Center
P.O. Box 3646
Omaha, NE 68103-0646

| Insured: | Combined Management, Inc. | Account Number: | 46-734112 |
|---|---|---|---|
| | 67 Minot Avenue | | |
| | Auburn, ME 04210 | Invoice Date: | 02/17/04 |

Broker:    The Barrow Group
110 East Crogan Street
Lawrenceville, GA 30045

Policy Number:    015-00010772
Policy Period:    03/29/03 to 05/02/03

Premium Audit covers period from:    03/29/03 to 05/02/03

| Class Code | Classification of Work | Payroll | Final Rate | Premium |
|---|---|---|---|---|
| | Maine (Cont.) | | | |
| ME 5022 | Masonry | 4,416.00 | 21.95 | 969.31 |
| ME 5183 | Plumbing | 3,459.00 | 5.89 | 203.74 |
| ME 5190 | Electrical | 2,937.00 | 3.89 | 114.25 |
| ME 5191 | Office Machines | 21,871.00 | 1.23 | 269.01 |
| ME 5221 | Concrete | 5,410.00 | 6.00 | 324.60 |
| ME 5445 | Wallboard | 46,933.00 | 18.45 | 8,659.14 |
| ME 5462 | Glazier | 4,227.00 | 12.45 | 526.36 |
| ME 5479 | Insulation | 1,865.00 | 10.49 | 195.64 |
| ME 5507 | Street & Road | 11,616.00 | 7.96 | 924.63 |
| ME 5538 | Sheet Metal | 3,640.00 | 7.65 | 278.46 |
| ME 5606 | Executive Supervisor | 13,137.00 | 2.50 | 328.43 |
| ME 5645 | Carpentry | 8,482.00 | 12.86 | 1,090.79 |
| ME 6504 | Food Sundries | 864.00 | 3.92 | 33.87 |
| ME 7228 | Trucking Local | 6,907.00 | 12.64 | 873.04 |
| ME 7229 | Trucking Long Distance | 26,772.00 | 12.36 | 3,309.03 |
| ME 7231 | Trucking Mail or Parcel Delivery | 43,922.00 | 6.99 | 3,070.15 |
| ME 7380 | Driver, Chauffeurs | 8,719.00 | 8.96 | 781.23 |
| ME 8006 | Gasoline Station | 5,505.00 | 2.82 | 155.24 |
| ME 8010 | Store:Hardware | 5,250.00 | 1.86 | 97.65 |
| ME 8017 | Store: Retail NOC | 37,910.00 | 1.87 | 708.92 |
| ME 8018 | Store: Wholesale NOC | 3,172.00 | 4.34 | 137.66 |
| ME 8021 | Store: Meat, Fish or Poultry Wholesale | 15,118.00 | 4.45 | 672.75 |
| ME 8044 | Store: Furniture & Drivers | 41,709.00 | 3.39 | 1,413.94 |
| ME 8232 | Building Materials | 5,307.00 | 3.70 | 196.36 |
| ME 8292 | Storage Warehouse | 279,804.00 | 7.07 | 19,782.14 |
| ME 8380 | Auto Service | 75,789.00 | 4.17 | 3,160.40 |
| ME 8385 | Bus: Garage Employees | 3,445.00 | 3.37 | 116.10 |
| ME 8393 | Auto Body Repair | 40,898.00 | 3.97 | 1,623.65 |
| ME 8601 | Engineering | 28,477.00 | 1.17 | 333.18 |
| ME 8720 | Inspection of risk | 4,285.00 | 1.54 | 65.99 |
| ME 8742 | Salespersons | 66,763.00 | 0.77 | 514.08 |
| ME 8803 | Auditing | 4,737.00 | 0.19 | 9.00 |
| ME 8810 | Clerical Office NOC | 361,595.00 | 0.51 | 1,844.13 |
| ME 8832 | Physician | 545.00 | 0.74 | 4.03 |
| ME 9014 | Buildings-Operation by Contractors | 29,955.00 | 5.04 | 1,509.73 |
| | | | | 54,296.51 |

If you have any questions regarding this audit, please contact your account manager at (402) 827-3421.

COPY

Coverage **Dynamics**™



**Premium Audit Statement**

Regional Service Center
P.O. Box 3646
Omaha, NE 68103-0646

| Insured: | Combined Management, Inc.<br>67 Minot Avenue<br>Auburn, ME 04210 | Account Number: | 46-734112 |
| --- | --- | --- | --- |
| | | Invoice Date: | 02/17/04 |

Broker:    **The Barrow Group**
110 East Crogan Street
Lawrenceville, GA 30045

Policy Number:    015-00010772
Policy Period:    03/29/03 to 05/02/03

Premium Audit covers period from:    03/29/03 to 05/02/03

| Class Code | Classification of Work | Payroll | Rate | Premium |
| --- | --- | --- | --- | --- |
| | **Maine (Cont.)** | | | |
| ME 9015 | Buildings-Operation by Owner or Lessee | 310.00 | 4.43 | 13.73 |
| ME 9061 | Club NOC & Clerical | 1,245.00 | 3.04 | 37.85 |
| ME 9079 | Bar, Lounge or Tavern | 93,101.00 | 2.48 | 2,308.90 |
| ME 9403 | Garbage or Refuse Collection & Drivers | 25,821.00 | 9.12 | 2,354.88 |
| ME 9501 | Painting; Shop & Drivers | 372.00 | 3.53 | 13.13 |
| ME 9521 | House Furnishings Installation | · 2,914.00 | 9.76 | 284.41 |
| | | | Page 3-Subtotal-ME | 5,012.90 |

If you have any questions regarding this audit, please contact your account manager at (402) 827-3421.

Page 3 of 3

## Larry Billman

| | |
|---|---|
| **From:** | Robert Murch [robertmurch@combinedmanagement.com] |
| **Sent:** | Monday, February 27, 2006 5:53 PM |
| **To:** | Larry Billman |
| **Cc:** | Kevin Kilcoyne |
| **Subject:** | RE: Profit Sharing Statement dtd 1/23/06 |

Good Morning Larry,

I apologize for not getting back to you sooner, but I have been on the road almost every day. Additionally, It seems that we go though this about every two years. I have an extensive file including an agreement with Applied Underwriters to consider the plan a guarantee program and you do not owe me any money and I do not owe you any money.

While I realize that you are only trying to do your job, this issue was resolved two years ago.

Robert

> -----Original Message-----
> **From:** Larry Billman [mailto:lbillman@applieduw.com]
> **Sent:** Monday, February 27, 2006 12:23 PM
> **To:** robertmurch@combinedmanagement.com
> **Subject:** Profit Sharing Statement dtd 1/23/06
>
>
> Robert,
>
> I have left several phone messages for you to call me regarding status of payment for the profit sharing calculation of 1/23/05.
> In that I have not had a response from you, I am sending this e-mail requesting you call me at 877-234-4420 ext. 4011 so as we can discuss payment arrangements for the outstanding balance of $278,901.48.
> Your prompt attention to this matter is greatly appreciated.
>
> Sincerely,
> Larry Billman



EXHIBIT

7

6/7/2007

Case 3:07-cv-05129-BZ   Document 4-3   Filed 10/10/2007   Page 41 of 43
Profit Sharing stmt. 1/23/06                                    Page 1 of 1
Case: 8:07-cv-00206-LSC-1   Document #: 5-2   Date Filed: 3/12/2007   Page 40 of 42

## Larry Billman

**From:** Robert Murch [robertmurch@combinedmanagement.com]
**Sent:** Tuesday, March 28, 2006 3:56 PM
**To:** Larry Billman
**Subject:** RE: Profit Sharing stmt. 1/23/06

Good Afternoon Larry,

As I explained to you, we moved our business to a new location and we are looking through our records to find the Applied files. In the mean time, you had promised to send me a copy of the signed contract with Applied which to date I have not received.

Therefore, please consider this a formal request for a copy of any and all signed agreements between Applied Underwriters and Combined Management including contracts and any and all correspondence relating to Combined Management's agreement to use December 31, 2005 as the final cut off date or date for the final valuation.

Robert

----Original Message-----
**From:** Larry Billman [mailto:lbillman@applieduw.com]
**Sent:** Thursday, March 23, 2006 4:02 PM
**To:** robertmurch@combinedmanagement.com
**Subject:** Profit Sharing stmt. 1/23/06

Robert,

I have not received your documentation stating that your original agreement was changed to a guarantee cost plan.
Please call me, so as we can come to a resolution on the outstnding balance due. If we cannot resolve this issue I
will need to forward this debt to our Legal Dept.
My phone number is 877-234-4420 ext. 4011, your prompt attention to this matter is appreciated.

Larry Billman

6/7/2007

## Larry Billman

| | |
|---|---|
| **From:** | Larry Billman |
| **Sent:** | Thursday, March 23, 2006 4:02 PM |
| **To:** | 'robertmurch@combinedmanagement.com' |
| **Subject:** | Profit Sharing stmt. 1/23/06 |

Robert,

I have not received your documentation stating that your original agreement was changed to a guarantee cost plan. Please call me, so as we can come to a resolution on the outstnding balance due. If we cannot resolve this issue I will need to forward this debt to our Legal Dept.
My phone number is 877-234-4420 ext. 4011, your prompt attention to this matter is appreciated.

Larry Billman

1

## Larry Billman

| | |
|---|---|
| **From:** | Larry Billman |
| **Sent:** | Monday, February 27, 2006 11:23 AM |
| **To:** | 'robertmurch@combinedmanagement.com' |
| **Subject:** | Profit Sharing Statement dtd 1/23/06 |

Robert,

I have left several phone messages for you to call me regarding status of payment for the profit sharing calculation of 1/23/05.
In that I have not had a response from you, I am sending this e-mail requesting you call me at 877-234-4420 ext. 4011 so as we can discuss payment arrangements for the outstanding balance of $278,901.48.
Your prompt attention to this matter is greatly appreciated.

Sincerely,
Larry Billman