1 | ALLAN STEYER (SBN: 100318)
2 | JESSICA GRANNIS (SBN: 240770)
  | STEYER LOWENTHAL BOODROOKAS
  |   ALVAREZ & SMITH LLP
3 | One California Street, Third Floor
  | San Francisco, California 94111
4 | Telephone: (415) 421-3400
  | Facsimile: (415) 421-2234

Attorneys for Defendant
Combined Management, Inc.

IN THE UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation, and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COMBINED MANAGEMENT, INC., a Maine Corporation, and Does 1 Through 10, Inclusive,<br><br>　　　　Defendants. | Case No. C-07-5129-BZ<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT<br><br>[Fed. R. Civ. P. 12(b)(2)]<br><br>Date:　December 5, 2007<br>Time:　10:00 a.m.<br>Dept.　Courtroom G<br><br>Honorable Bernard Zimmerman<br>United States Magistrate Judge |

Defendant Combined Management, Inc.'s, motion to dismiss plaintiffs Applied Underwriters, Inc. and Applied Risk Services, Inc.'s complaint for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2), came on regularly for hearing in Courtroom G of the above-entitled Court on December 5, 2007, at 10:00 a.m., the Honorable Bernard Zimmerman presiding. The Court having read and considered the pleadings in support of and opposition to said motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant's motion is GRANTED and plaintiffs' complaint is dismissed.

Date: December ___, 2007

Bernard Zimmerman
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER DISMISSING COMPLAINT - CASE NO. C-07-5129-BZ
S:\Combined Applied\Pleadings\Mtn Dismiss\MTD.ProposedOrder.wpd