# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

October 11, 2007

To:  Michael Kevin Perkins
 Fine, Boggs & Perkins LLP
 2450 South Cabrillo Highway, Suite 100
 Half Moon Bay, CA 94019

 Jessica Carolyn Grannis
 Allan Steyer
 Steyer Lowenthal Boodrookas Alvarez & Smith LLP
 One California Street , Suite 300
 San Francisco, CA 94111

 Re: Applied Underwriters, Inc. v. Combined Management, Inc. - C07-5129 BZ

Dear Sir or Madam:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for December 5, 2007 at 10:00 a.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636(c), each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within 10 calendar days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

By: /s/ Lashanda Scott
 Lashanda Scott
 Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd