UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC. a Nebraska Corporation, and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br><br>          Plaintiff(s),<br><br>    v.<br><br>COMBINED MANAGEMENT, INC., a Maine Corporation, et al.,<br><br>          Defendant(s). | No. C07-5129 BZ<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON MOTION OF COMBINED MANAGEMENT, INC. TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Combined Management, Inc.'s motion to dismiss the complaint for lack of personal jurisdiction is set for hearing on **December 5, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS HEREBY ORDERED** that the briefing schedule for Combined Management, Inc.'s motion is modified as follows: Any opposition to shall be filed no later than **October 29,**

1

1 | **2007.** Any reply shall be filed no later than **November 5,**
2 | **2007.**
3 | Dated: October 11, 2007
4 | _____
5 | Bernard Zimmerman
   | United States Magistrate Judge

G:\BZALL\-BZCASES\Applied Underwiters v. Combined\Order Modifying Briefing Schedule Motion to Dismiss.wpd

2