UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation, and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br>　　　　　Plaintiff(s),<br><br>　v.<br><br>COMBINED MANAGEMENT, INC., a Maine Corporation, and DOES 1 through 10, Inclusive,<br>　　　　　Defendant(s). | No. C -07-5129-BZ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 17, 2007

_____
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")