1  ALLAN STEYER (SBN: 100318)
   JESSICA GRANNIS (SBN: 240770)
2  STEYER LOWENTHAL BOODROOKAS
     ALVAREZ & SMITH LLP
3  One California Street, Suite 300
   San Francisco, California 94111
4  Tel: (415) 421-3400
   Fax: (415) 421-2234
5  jgrannis@steyerlaw.com

6
   Attorneys for Defendant Combined Management, Inc.
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
10

11

12  APPLIED UNDERWRITERS, INC., a          )   CASE NO. C-07-5129 - BZ
    Nebraska Corporation, and APPLIED RISK )
13  SERVICES, INC., a Nebraska Corporation, )
                                            )   DEFENDANT COMBINED
14          Plaintiffs,                     )   MANAGEMENT, INC.'S CONSENT TO
                                            )   PROCEED BEFORE A UNITED
15      vs.                                 )   STATES MAGISTRATE JUDGE
                                            )
16  COMBINED MANAGEMENT, INC., a            )
    Maine Corporation, and Does 1 Through 10,)
17  Inclusive,                              )
                                            )
18          Defendants.                     )
    _____     )
19

20

21

22

23

24

25

26

27

28

---
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  -  CASE NO. C-07-5129 - BZ
S:\Combined Applied\Pleadings\Consent MagJudge.wpd

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 19, 2007

STEYER LOWENTHAL BOODROOKAS
ALVAREZ & SMITH LLP

By:   /s/ Jessica Grannis
      Allan Steyer
      Jessica Grannis
      Attorneys for Combined Management, Inc.