MICHAEL PERKINS (SBN 172560)
FINE, BOGGS & PERKINS LLP
2450 S. Cabrillo Hwy., Suite 100
Half Moon Bay, California 94019
Telephone: (650) 712-8908
Facsimile: (650) 712-1712

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC.; and APPLIED RISK SERVICES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>COMBINED MANAGEMENT, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-05129-BZ <br><br> **CERTIFICATE OF SERVICE** |

I, Julie Dare, declare:

I am employed with the law firm of FINE, BOGGS & PERKINS LLP whose address is 2450 So. Cabrillo Highway, Suite 100, Half Moon Bay, California and I am not a party to the cause, and over the age of eighteen years.

That on October 29, 2007, I caused to be served the following document(s):

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACKOF PERSONAL JURISDICTION**

**DECLARATION OF ELLEN M. GARDINER IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACKOF PERSONAL JURISDICTION**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

1  Allen Steyer
   Jessica Grannis
2  ALVAREZ & SMITH LLP
   One California Street, Suite 300
3  San Francisco, California 94111
4

5  [ X ]   **BY MAIL**: I am readily familiar with the firm's business practice of collection and
           processing of correspondence for mailing with the United States Postal Service and said
6          correspondence is deposited with the United States Postal Service and said correspondence is
           deposited with the United States Postal Service the same day.
7
8  [ ]    BY FACSIMILE: I sent a copy of said document by fax machine for instantaneous
          transmittal via telephone line to the offices of the addressee(s) listed above using the
          following telephone number(s):
9
10 [ ]    BY PERSONAL SERVICE: I delivered a copy of said document to the parties set forth
          above, as follows:
11
   [ ]    BY FEDERAL EXPRESS: I sent a copy of said document via Federal Express for
12        delivery the next day.

13     I declare under penalty of perjury under the laws of the State of California that the above is
   true and correct. Executed at Half Moon Bay, California, on October 29, 2007.
14

15
                                            _____
16                                          Julie Dare

17
18
19
20
21
22
23
24
25
26
27
28

Case No.: C07-05129-BZ

Printed on Recycled Paper

CERTIFICATE OF SERVICE