MICHAEL PERKINS (SBN 172560)
FINE, BOGGS & PERKINS LLP
2450 S. Cabrillo Hwy., Suite 100
Half Moon Bay, California 94019
Telephone: (650) 712-8908
Facsimile: (650) 712-1712

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED UNDERWRITERS, INC.; and APPLIED RISK SERVICES, INC., | Case No. C07-05129-BZ |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| COMBINED MANAGEMENT, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | |

I, Julie Dare, declare:

I am employed with the law firm of FINE, BOGGS & PERKINS LLP whose address is 2450 So. Cabrillo Highway, Suite 100, Half Moon Bay, California and I am not a party to the cause, and over the age of eighteen years.

That on October 29, 2007, I caused to be served the following document(s):

**PLAINTIFFS' POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Allen Steyer
Jessica Grannis
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, California 94111

---

Case No.: C07-05129-BZ

Printed on Recycled Paper

CERTIFICATE OF SERVICE

[ X ]   **BY MAIL**: I am readily familiar with the firm's business practice of collection and processing of correspondence for mailing with the United States Postal Service and said correspondence is deposited with the United States Postal Service and said correspondence is deposited with the United States Postal Service the same day.

[ ]   BY FACSIMILE: I sent a copy of said document by fax machine for instantaneous transmittal via telephone line to the offices of the addressee(s) listed above using the following telephone number(s):

[ ]   BY PERSONAL SERVICE: I delivered a copy of said document to the parties set forth above, as follows:

[ ]   BY FEDERAL EXPRESS: I sent a copy of said document via Federal Express for delivery the next day.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at Half Moon Bay, California, on October 29, 2007.

_____
Julie Dare

Case No.: C07-05129-BZ

Printed on Recycled Paper

CERTIFICATE OF SERVICE