UNITED STATES DISTRICT COURT

Northern District of California

APPLIED UNDERWRITERS, INC., a
Nebraska Corporation, and APPLIED
RISK SERVICES, INC., a Nebraska Corp.

CASE NO. C-07-5129-BZ

Plaintiff(s),

v.

COMBINED MANAGEMENT, INC., a
Maine Corporation, and DOES 1 Through
10, Inclusive,

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Timothy J. Bryant, an active member in good standing of the bar of Maine Supreme Judicial Court, whose business address and telephone number (particular court to which applicant is admitted) is

Preti, Flaherty, Beliveau & Pachios LLP, One City Center, P.O. Box 9546, Portland, ME 04112-9546
(207) 791-3000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Combined Management, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 30 Oct 07

United States Magistrate Judge