UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| APPLIED UNDERWRITERS, INC., a Nebraska Corporation, and APPLIED RISK SERVICES, INC., a Nebraska Corporation,<br>Plaintiff(s),<br>v.<br>COMBINED MANAGEMENT, INC., a Maine Corporation, et al.,<br>Defendant(s). | No. C07-5129 BZ<br><br>**CLERK'S NOTICE REGARDING TENTATIVE RULING** |

Attached to this Clerk's Notice is a Draft Order representing a tentative ruling on defendant's Motion To Dismiss. If the parties wish to forego oral argument, and to accept this tentative ruling as the Court's Order, they shall file a joint writing to that effect no later than **noon, Friday, November 30, 2007.** In that event, the December 5, 2007 hearing date will be vacated. If any party wishes to go forward with the scheduled hearing, that party shall file a writing to that effect no later than **noon, Friday, November 30, 2007** and the Court will hear argument on December 5, 2007.

Dated: November 27, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Applied Underwiters v. Combined\CLKS NOTICE RE TENTATIVE RULING.wpd

1