Michael Perkins, State Bar #172560
FINE, BOGGS & PERKINS LLP
2450 South Cabrillo Highway, Suite 100
Half Moon Bay, CA 94019
Telephone: (650) 712-8908

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APPLIED UNDERWRITERS, INC.;** and **APPLIED RISK SERVICES, INC.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**COMBINED MANAGEMENT, INC.;** and **Does 1 through 10, Inclusive,**<br><br>  Defendants. | Case No. C07-05129-BZ<br><br>**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT RE: DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date: December 5, 2007<br>Time: 10:00 a.m.<br>Dept.: Courtroom G<br><br>Honorable Bernard Zimmerman |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to the Clerk's Notice Regarding Tentative Ruling, plaintiffs Applied Underwriters, Inc. and Applied Risk Services, Inc., by and through their attorney, hereby request oral argument on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction at the scheduled hearing on December 5, 2007.

                                                Respectfully submitted,

Dated: November 27, 2007                        *Michael Perkins*
                                                                      _____
                                                                        Michael Perkins
                                                                        FINE, BOGGS & PERKINS LLP
                                                                        Attorneys for Plaintiffs

**Plaintiffs' Request for Oral Argument** — Case No. C07-5129 BZ