## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **12/05/2007**

**C07-5129 BZ**

**Applied Underwriters, Inc., et al. v. Combined Management, Inc.**

Attorneys:     Michael K. Perkins   Timothy J. Bryant & Simon R. Goodfellow

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**          Court Reporter::**Juanita Gonzalez;10:18-10:47**

### PROCEEDINGS:                                    RULING:

1. Defendant's Motion to Dismiss _____  Matter Submitted _____

2. _____  _____

( ) Status Conference      ( ) P/T Conference      ( ) Case Management Conference

### ORDERED AFTER HEARING:

_____

( XX  ) ORDER TO BE PREPARED BY:    Plntf ____  Deft ____  Court__XX___

(     ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
        ( ) By Court        ( ) Parties to approach Magistrate in future

( ) CASE CONTINUED TO_____  for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date -                          Trial Date-
                                              Type of Trial:

Notes:_____