1  Michael K. Perkins, Esq (Bar No. 172560)
   FINE, BOGGS & PERKINS LLP
2  2450 S. Cabrillo Hwy., Suite 100
   Half Moon Bay, California 94019
3  Telephone: (650) 712-8908
   Facsimile: (650) 712-1712
4
   Attorneys for Plaintiffs/Appellants
5  Applied Underwriters, Inc. and
   Applied Risk Services, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APPLIED UNDERWRITERS, INC.; and APPLIED RISK SERVICES, INC.,** | No.: Dist. Ct. No. C07-05129-BZ |
| Plaintiffs, | NOTICE OF APPEAL TO THE UNTIED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |
| v. | |
| **COMBINED MANAGEMENT, INC.; and Does 1 through 10, Inclusive,** | |
| Defendants. | |

Applied Underwriters, Inc. and Applied Risk Services, Inc., the Plaintiffs herein, appeal to the United States court of appeals for the Ninth Circuit from the final judgment of the District Court, entered in this case on December 5, 2007 and all orders that gave rise to that judgment.

Dated: December 20, 2007          Respectfully submitted,

                                  _____
                                  Michael K. Perkins
                                  FINE, BOGGS & PERKINS LLP

NOTICE OF APPEAL                                               - 1 -