| Attorney or Party without Attorney: | | Ref. No. or File No.: | For Court Use Only |
|---|---|---|---|
| FINE, BOGGS & PERKINS LLP<br>2450 S. Cabrillo Hwy., Suite 100<br>Half Moon Bay, CA 94019<br>Telephone No: (650) 712-8908   FAX No: (650) 712-1712 | | APPLIED UNDERWRITERS | FILED<br>08 JAN 24 PM 1:15<br>[stamp: CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA] |
| Attorney for: Plaintiff | | | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT DISTRICT

Plaintiff: APPLIED UNDERWRITERS, INC., et al
Defendant: COMBINED MANAGEMENT, INC., et al

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-05129-BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT; CIVIL APPEALS DOCKETING STATEMENT

3. a. Party served:   ALLEN STEYER or JESSICA GRANNIS or AUTHORIZED AGENT @ ALVAREZ & SMITH LLP
   b. Person served:   JAMES KIM, RECEPTIONIST

4. Address where the party was served:   ONE CALIFORNIA ST, STE 300
   San Francisco, CA 94111

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Tue., Jan. 02, 2007 at: 1:24PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
      JAMES KIM, RECEPTIONIST
   (1) **(Business)** I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. VIRGILIO G. RONDOLO
   b. SWIFT ATTORNEY SERVICE
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $80.50
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   285
      (iii) County:   San Mateo

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Thu, Jan. 03, 2008

   _____
   (VIRGILIO G. RONDOLO)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE

   fine2.17140